UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

FRONTPOINT ASIAN EVEN DRIVEN
FUND, L.P., and SONTERRA CAPITAL
MASTER FUND, LTD., on behalf of
themselves and all others similarly situated,

          Plaintiffs,

    -against-

CITIBANK, N.A., et al.,

          Defendants.

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/16
```

16-CIV-05263 (AKH)

[PROPOSED] ORDER
GRANTING MOTION FOR
**ADMISSION PRO HAC VICE**

The motion of Joel S. Sanders, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of California; and that his contact information is as follows:

> Joel S. Sanders (jsanders@gibsondunn.com)
> 555 Mission Street, Suite 3000
> San Francisco, CA 94105
> Telephone: 415-393-8268

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant UBS AG and UBS Securities Japan Co. Ltd in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 29, 2016
New York, New York

_____
U.S.D.J.