UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., et al.,<br><br>                    Plaintiffs<br>          - against -<br>CITIBANK, N.A., et al.,<br><br>                    Defendants | No. 16 Civ. 5263 (AKH)<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, a defendant in the above-captioned matter.

Dated:  New York, New York
        August 30, 2016

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Andrew Finch
     Andrew Finch
     afinch@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:  (212) 373-3000
Fax:   (212) 757-3990

*Counsel for Defendant*
*Deutsche Bank AG*