UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., et al., <br><br> Plaintiffs <br> - against - <br> CITIBANK, N.A., et al., <br><br> Defendants | No. 16 Civ. 5263 (AKH) <br><br> **CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Deutsche Bank AG certifies that Deutsche Bank AG, a publicly held corporation organized under the laws of Germany, has no parent corporation. No publicly held corporation owns 10 percent or more of Deutsche Bank AG's stock.

Dated:  New York, New York
           August 30, 2016

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

By:  /s/ Moses Silverman
      Moses Silverman
      msilverman@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:   (212) 373-3000
Fax:   (212) 757-3990

*Counsel for Defendant*
*Deutsche Bank AG*