UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVEN DRIVEN FUND L.P., et al.,<br><br>                                    Plaintiffs,<br><br>         - against -<br><br>CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORP., et al.,<br><br>                                    Defendant(s). | Case No. 16-cv-5263 (AKH) |

### NOTICE OF APPEARANCE OF KAREN PATTON SEYMOUR

**PLEASE TAKE NOTICE** that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, KAREN PATTON SEYMOUR, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants ING Groep N.V. and ING Bank, N.V. in the above-titled action and respectfully requests that all papers in this action be served upon her at the address below.

Dated:  September 6, 2016
          New York, New York

/s/ Karen Patton Seymour
Karen Patton Seymour (*seymourk@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

*Counsel for ING Groep N.V. and ING Bank, N.V.*