UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVEN DRIVEN FUND L.P., et al.,<br><br>                         Plaintiffs,<br><br>        - against -<br><br>CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORP., et al.,<br><br>                         Defendant(s). | Case No. 16-cv-5263 (AKH) |

### NOTICE OF APPEARANCE OF AMANDA F. DAVIDOFF

**PLEASE TAKE NOTICE** that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise, the undersigned attorney, AMANDA F. DAVIDOFF, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants ING Groep N.V. and ING Bank, N.V. in the above-titled action and respectfully requests that all papers in this action be served upon her at the address below.

Dated:  September 6, 2016
        Washington, DC

                                  */s/ Amanda F. Davidoff*
                                  Amanda F. Davidoff (*davidoffa@sullcrom.com*)
                                  SULLIVAN & CROMWELL LLP
                                  1700 New York Avenue, NW, Suite 700
                                  Washington, DC  20006
                                  Tel: (202) 956-7500
                                  Fax: (202) 956-6993

                                  *Counsel for ING Groep N.V. and ING Bank, N.V.*