UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTPOINT ASIAN EVEN DRIVEN
FUND L.P., et al.,

                       Plaintiffs,

         - against -

CITIBANK, N.A., CITIGROUP INC.,
BANK OF AMERICA CORP., et al.,

                   Defendant(s).

Case No. 16-cv-5263 (AKH)

---

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ING
Bank, N.V. ("ING Bank"), a non-governmental corporate party, by and through the undersigned
counsel, hereby certifies that ING Bank is a wholly owned subsidiary of ING Groep N.V., which
is a publicly held corporation.  To the best of ING Bank's knowledge, no other publicly held
company owns 10% or more of ING Bank's stock.

Dated:  September 6, 2016
       New York, New York

*/s/ Karen Patton Seymour*

Karen Patton Seymour (*seymourk@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

Amanda F. Davidoff (*davidoffa@sullcrom.com*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, DC  20006
Tel: (202) 956-7500
Fax: (202) 956-6993

*Counsel for ING Bank, N.V.*