UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVEN DRIVEN FUND L.P., et al., <br><br> Plaintiffs, <br><br> - against - <br><br> CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORP., et al., <br><br> Defendant(s). | Case No. 16-cv-5263 (AKH) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ING Groep N.V. ("ING Groep"), a non-governmental corporate party, by and through the undersigned counsel, hereby certifies that ING Groep is a publicly held corporation. ING Groep has no parent corporation, and to the best of ING Groep's knowledge, no publicly held company owns 10% or more of ING Groep's stock.

Dated: September 6, 2016
       New York, New York

/s/ Karen Patton Seymour
Karen Patton Seymour (*seymourk@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

Amanda F. Davidoff (*davidoffa@sullcrom.com*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, DC  20006
Tel: (202) 956-7500
Fax: (202) 956-6993

*Counsel for ING Groep N.V.*