UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTPOINT ASIAN EVENT DRIVEN
FUND, L.P., and SONTERRA CAPITAL
MASTER FUND, LTD., on behalf of themselves
and all others similarly situated,

                        Plaintiffs,

- against –

CITIBANK, N.A., CITIGROUP INC., BANK OF
AMERICA CORPORATION, BANK OF
AMERICA, N.A., JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A., THE ROYAL
BANK OF SCOTLAND PLC, THE ROYAL BANK
OF SCOTLAND GROUP PLC, RBS SECURITIES
JAPAN LIMITED, UBS AG, UBS SECURITIES
JAPAN CO. LTD., ING GROEP N.V., ING BANK
N.V., BNP PARIBAS, S.A., BNP PARIBAS
NORTH AMERICA, INC., BNP PARIBAS
SECURITIES CORP., BNP PARIBAS PRIME
BROKERAGE, INC., OVERSEA-CHINESE
BANKING CORPORATION LTD., BARCLAYS PLC,
BARCLAYS BANK PLC, BARCLAYS
CAPITAL INC., DEUTSCHE BANK AG, CREDIT
AGRICOLE CORPORATE AND INVESTMENT
BANK, CREDIT AGRICOLE S.A., CREDIT
SUISSE GROUP AG, CREDIT SUISSE AG,
STANDARD CHARTERED BANK, STANDARD
CHARTERED PLC, DBS BANK LTD., DBS
GROUP HOLDINGS LTD., DBS VICKERS
SECURITIES (USA) INC., UNITED OVERSEAS
BANK LIMITED, AUSTRALIA AND NEW
ZEALAND BANKING GROUP, LTD., THE BANK
OF TOKYO-MITSUBISHI UFJ, LTD., THE
HONGKONG AND SHANGHAI BANKING
CORPORATION LIMITED, HSBC BANK USA, N.A.,
HSBC HOLDINGS PLC, HSBC NORTH AMERICA
HOLDINGS INC., HSBC USA INC., MACQUARIE
BANK LTD., MACQUARIE GROUP LTD.,
COMMERZBANK AG, AND
JOHN DOES NOS. 1-50,

                        Defendants.

Docket No. 16-cv-5263 (AKH)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/16

## ORDER FOR ADMISSION PRO HAC VICE

The Motion of Michael A. Brille for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael A. Brille |
| Firm Name: | Boies, Schiller & Flexner LLP |
| Address: | 5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015 |
| Telephone: | (202) 237-9608 |
| Fax: | (202) 237-6131 |
| E-Mail: | mbrille@bsfllp.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Barclays Bank PLC, Barclays PLC, and Barclays Capital Inc. in the above titled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys.

Dated: 9-16-2016

_____
Hon. Alvin K. Hellerstein, United States District Judge