UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVEN DRIVEN FUND L.P., et al.,<br><br>                Plaintiffs,<br><br>- against -<br><br>CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORP., et al.,<br><br>                Defendant(s). | Case No. 16-cv-5263 (AKH) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ING Bank, N.V. ("ING Bank"), a non-governmental corporate party, by and through the undersigned counsel, hereby certifies that ING Bank is a wholly owned subsidiary of ING Groep N.V., which is a publicly held corporation. To the best of ING Bank's knowledge, no other publicly held company owns 10% or more of ING Bank's stock.

Dated: September 6, 2016
      New York, New York

*/s/ Karen Patton Seymour*
Karen Patton Seymour (*seymourk@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588

Amanda F. Davidoff (*davidoffa@sullcrom.com*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW, Suite 700
Washington, DC 20006
Tel: (202) 956-7500
Fax: (202) 956-6993

*Counsel for ING Bank, N.V.*