UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
FRONTPOINT ASIAN EVENT DRIVEN :
FUND, L.P., et al., :
: 16 Civ. 5263 (AKH)
                    Plaintiffs, :
: NOTICE OF APPEARANCE
      -against- :
CITIBANK, N.A., et al., :
:
                    Defendants. :
:
------------------------------------- x

PLEASE TAKE NOTICE that Paul S. Mishkin of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for defendants Bank of America Corporation and Bank of America, N.A. in the above-captioned action, and requests that all papers in this action be served upon him at the address indicated below. This entry of appearance is subject to and without waiving any defenses applicable to Bank of America Corporation and Bank of America, N.A. in this action.

Dated: New York, New York    Respectfully Submitted,
            September 23, 2016

                                  DAVIS POLK & WARDWELL LLP

                          By: */s/ Paul S. Mishkin*
                              Paul S. Mishkin

                              450 Lexington Avenue
                              New York, New York  10017
                              Telephone: (212) 450-4292
                              Facsimile: (212) 701-5292
                              paul.mishkin@davispolk.com

                              *Attorney for Defendants Bank of America Corporation and Bank of America, N.A.*