UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS SECURITIES JAPAN LIMITED, UBS AG, UBS SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING BANK N.V., ING CAPITAL MARKETS LLC, BNP PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, INC., BNP PARIBAS SECURITIES CORP., BNP PARIBAS PRIME BROKERAGE, INC., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, DBS BANK LTD., DBS GROUP HOLDINGS LTD, DBS VICKERS SECURITIES (USA) INC., UNITED OVERSEAS BANK LIMITED, UOB GLOBAL CAPITAL, LLC, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., ANZ SECURITIES, INC., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., MACQUARIE BANK LTD., MACQUARIE GROUP LTD., COMMERZBANK AG, AND JOHN DOES NOS. 1-50,<br><br>Defendants. | Docket No. 16-cv-05263-AKH<br><br>**NOTICE OF DEFENDANTS' MOTIONS TO DISMISS THE CORRECTED SECOND AMENDED CLASS <u>ACTION COMPLAINT</u>**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Citibank, N.A., Citigroup Inc., Bank of America Corporation, Bank of America, N.A., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland plc, The Royal Bank of Scotland Group, plc, RBS Securities Japan Limited, UBS AG, UBS Securities Japan Co. Ltd., ING Groep N.V., ING Bank N.V., ING Capital Markets LLC, BNP Paribas, S.A., BNP Paribas North America, Inc., BNP Paribas Securities Corp., BNP Paribas Prime Brokerage, Inc., Oversea-Chinese Banking Corporation Limited, Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Deutsche Bank AG, Crédit Agricole Corporate and Investment Bank, Crédit Agricole S.A., Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Standard Chartered Bank, Standard Chartered PLC, DBS Bank Ltd., DBS Group Holdings Ltd, DBS Vickers Securities (USA) Inc., United Overseas Bank Limited, UOB Global Capital, LLC, Australia and New Zealand Banking Group, Ltd., ANZ Securities, Inc., The Bank of Tokyo-Mitsubishi UFJ, Ltd., The Hongkong and Shanghai Banking Corporation Limited, HSBC Bank USA, N.A., HSBC Holdings plc, HSBC North America Holdings Inc., HSBC USA Inc., Macquarie Bank Ltd., Macquarie Group Ltd., and Commerzbank AG, in the above-referenced matter, request oral argument and will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice, in whole or in part, the claims asserted in the Corrected Second Amended Class Action Complaint.

The grounds for these motions are that the Corrected Second Amended Complaint should be dismissed for lack of personal jurisdiction as to certain Defendants,[1] for lack of venue as to certain Defendants,[2] for lack of subject matter jurisdiction, and for failure to state a claim upon which relief can be granted as to all Defendants.  The specific grounds for Defendants' motions to dismiss are set forth in the following accompanying papers: (1) the Joint Memorandum of Law in Support of Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim, the accompanying Declaration of Matthew J. Porpora, dated October 18, 2017, and exhibits thereto, and the accompanying Declaration of Joel Kurtzberg Regarding Foreign Law, and exhibits thereto; and (2) the Joint Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss All Claims for Lack of Personal Jurisdiction and Venue, and exhibits thereto, and the accompanying Declaration of Joel Kurtzberg in Support of Foreign Defendants' Motion to Dismiss All Claims for Lack of Personal Jurisdiction and Venue, dated October 18, 2017, and exhibits thereto.

---

[1] Those Defendants are: The Royal Bank of Scotland plc; The Royal Bank of Scotland Group plc; RBS Securities Japan Limited; UBS AG, UBS Securities Japan Co. Ltd.; ING Groep N.V.; ING Bank N.V.; BNP Paribas, S.A.; Oversea-Chinese Banking Corporation Ltd.; Barclays PLC; Barclays Bank PLC; Deutsche Bank AG; Crédit Agricole Corporate and Investment Bank; Crédit Agricole S.A.; Credit Suisse Group AG; Credit Suisse AG; Credit Suisse International; Standard Chartered Bank; Standard Chartered PLC; DBS Bank Ltd.; DBS Group Holdings Ltd; United Overseas Bank Limited; Australia and New Zealand Banking Group, Ltd.; The Bank of Tokyo-Mitsubishi UFJ, Ltd.; The Hongkong and Shanghai Banking Corporation Limited; HSBC Holdings plc; Macquarie Bank Ltd.; Macquarie Group Ltd.; and Commerzbank AG.

[2] Those Defendants are: Barclays PLC; Crédit Agricole S.A.; Credit Suisse Group AG; Credit Suisse International; DBS Group Holdings; The Hongkong and Shanghai Banking Corporation Limited; HSBC Holdings plc; ING Groep N.V.; ING Bank, N.V.; The Royal Bank of Scotland plc; The Royal Bank of Scotland Group plc; RBS Securities Japan Limited; Standard Chartered PLC; UBS Securities Japan Co. Ltd.; and Macquarie Group Ltd.

Dated: October 18, 2017
New York, New York

Respectfully submitted,

| | |
|---|---|
| /s/  Penny Shane | /s/  Arthur J. Burke |
| Penny Shane | Lawrence J. Portnoy |
| Corey Omer | Arthur J. Burke |
| SULLIVAN & CROMWELL LLP | Paul S. Mishkin |
| 125 Broad Street | Adam G. Mehes |
| New York, New York 10004 | DAVIS POLK & WARDWELL LLP |
| Telephone: (212) 558-4000 | 450 Lexington Avenue |
| Fax: (212) 558-3588 | New York, New York 10017 |
| shanep@sullcrom.com | Telephone: (212) 450-4000 |
| omerc@sullcrom.com | Fax: (212) 701-5800 |
| | lawrence.portnoy@davispolk.com |
| *Attorneys for defendants Australia and New Zealand Banking Group, Ltd. and ANZ Securities, Inc.* | arthur.burke@davispolk.com |
| | paul.mishkin@davispolk.com |
| | adam.mehes@davispolk.com |
| | |
| | *Attorneys for defendants Bank of America Corporation and Bank of America, N.A.* |

4

/s/  Daryl A. Libow
Daryl A. Libow
Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
libowd@sullcrom.com
viapianoc@sullcrom.com
cassadye@sullcrom.com

*Attorneys for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

/s/  Matthew J. Porpora
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

Jonathan D. Schiller
Leigh M. Nathanson
Amos E. Friedland
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com
afriedland@bsfllp.com

Michael Brille
Melissa Felder Zappala
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com
mfelder@bsfllp.com

*Attorneys for defendants Barclays PLC, Barclays Bank PLC and Barclays Capital Inc.*

| | |
|---|---|
| /s/ Stephen J. Obie | /s/ Andrew A. Ruffino |
| Jayant W. Tambe<br>Stephen J. Obie<br>Kelly A. Carrero<br>JONES DAY<br>250 Vesey Street<br>New York, New York 10281<br>Telephone: (212) 326-3939<br>jtambe@jonesday.com<br>sobie@jonesday.com<br>kacarrero@jonesday.com<br><br>*Attorneys for defendants BNP Paribas S.A., BNP Paribas North America, Inc., BNP Paribas Securities Corp. and BNP Paribas Prime Brokerage, Inc.* | Andrew A. Ruffino<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 841-1000<br>aruffino@cov.com<br><br>Alan M. Wiseman<br>Thomas A. Isaacson<br>Andrew D. Lazerow<br>850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>awiseman@cov.com<br>tisaacson@cov.com<br>alazerow@cov.com<br><br>*Attorneys for defendants Citibank, N.A. and Citigroup Inc.* |
| /s/ David R. Gelfand | /s/ Andrew Hammond |
| David R. Gelfand<br>Mark D. Villaverde<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>28 Liberty Street<br>New York, New York 10005<br>Telephone: (212) 819-5000<br>dgelfand@milbank.com<br>mvillaverde@milbank.com<br><br>*Attorneys for defendant Commerzbank AG* | Andrew Hammond<br>Kim Haviv<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>ahammond@whitecase.com<br>khaviv@whitecase.com<br><br>Darryl S. Lew<br>701 Thirteenth Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>dlew@whitecase.com<br><br>*Attorneys for defendants Crédit Agricole Corporate and Investment Bank and Crédit Agricole S.A.* |

| | |
|---|---|
| /s/ Joel Kurtzberg | /s/ Gary W. Kubek |
| Herbert S. Washer<br>Elai Katz<br>Joel Kurtzberg<br>Jason M. Hall<br>Adam S. Mintz<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jkurtzberg@cahill.com<br>jhall@cahill.com<br>amintz@cahill.com<br><br>*Attorneys for defendants Credit Suisse Group AG, Credit Suisse AG and Credit Suisse International* | Gary W. Kubek<br>Erica S. Weisgerber<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Fax: (212) 909-6836<br>gwkubek@debevoise.com<br>eweisgerber@debevoise.com<br><br>*Attorneys for defendants DBS Bank Ltd., DBS Group Holdings Ltd and DBS Vickers Securities (USA) Inc.* |
| /s/ Moses Silverman | /s/ Lewis J. Liman |
| Moses Silverman<br>Aidan Synnott<br>Jacob J. Taber<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>msilverman@paulweiss.com<br>asynnott@paulweiss.com<br>jtaber@paulweiss.com<br><br>*Attorneys for defendant Deutsche Bank AG* | Lewis J. Liman<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>lliman@cgsh.com<br><br>Nowell D. Bamberger<br>2000 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 974-1500<br>Fax: (202)-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for defendants The Hongkong and Shanghai Banking Corporation Limited, HSBC Bank USA, N.A., HSBC Holdings plc, HSBC North America Holdings Inc. and HSBC USA Inc.* |

| | |
|---|---|
| /*s*/  Karen P. Seymour | /*s*/  Paul C. Gluckow |
| Karen P. Seymour | Thomas C. Rice |
| SULLIVAN & CROMWELL LLP | Paul C. Gluckow |
| 125 Broad Street | Omari L. Mason |
| New York, New York 10004 | SIMPSON THACHER & BARTLETT LLP |
| Telephone: (212) 558-4000 | 425 Lexington Avenue |
| Fax: (212) 558-3588 | New York, New York 10017 |
| seymourk@sullcrom.com | Telephone: (212) 455-2000 |
| | trice@stblaw.com |
| Amanda F. Davidoff | pgluckow@stblaw.com |
| 1700 New York Avenue, N.W., Suite 700 | omason@stblaw.com |
| Washington, D.C. 20006 | |
| Telephone: (202) 956-7500 | Abram J. Ellis |
| Fax: (202) 293-6330 | 900 G Street, N.W. |
| davidoffa@sullcrom.com | Washington, D.C. 20001 |
| | Telephone: (202) 636-5500 |
| *Attorneys for defendants ING Groep N.V., ING Bank N.V. and ING Capital Markets LLC* | aellis@stblaw.com |
| | *Attorneys for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* |

| | |
|---|---|
| /*s*/  Christopher M. Paparella | /*s*/  C. Fairley Spillman |
| Christopher M. Paparella | C. Fairley Spillman |
| Marc Weinstein | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Justin Ben-Asher | 1333 New Hampshire Avenue, N.W. |
| HUGHES HUBBARD & REED LLP | Washington, D.C. 20036 |
| One Battery Park Plaza | Telephone: (202) 887-4000 |
| New York, New York 10004 | fspillman@akingump.com |
| Telephone: (212) 837-6000 | |
| Fax: (212) 422-4726 | Nicholas Adams |
| Chris.Paparella@hugheshubbard.com | 580 California Street, Suite 1500 |
| Marc.Weinstein@hugheshubbard.com | San Francisco, CA 94104 |
| Justin.Ben-Asher@hugheshubbard.com | Telephone: (415) 765-9529 |
| | Fax: (415) 765-9501nadams@akingump.com |
| *Attorneys for defendants Macquarie Bank Ltd. and Macquarie Group Ltd.* | |
| | *Attorneys for defendant Oversea-Chinese Banking Corporation Limited* |

8

| | |
|---|---|
| */s/*  Fraser L. Hunter, Jr. | */s/*  Marc J. Gottridge |
| Fraser L. Hunter, Jr.<br>David S. Lesser<br>Jamie S. Dycus<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Fax: (212) 230-8888<br>fraser.hunter@wilmerhale.com<br>david.lesser@wilmerhale.com<br>jamie.dycus@wilmerhale.com<br><br>*Attorneys for defendants The Royal Bank of Scotland plc, The Royal Bank of Scotland Group plc and RBS Securities Japan Limited* | Marc J. Gottridge<br>Lisa J. Fried<br>Benjamin A. Fleming<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br>benjamin.fleming@hoganlovells.com<br><br>*Attorneys for defendants Standard Chartered Bank and Standard Chartered PLC* |
| */s/*  Peter Sullivan | */s/*  Dale C. Christensen, Jr. |
| Peter Sullivan<br>Eric J. Stock<br>Jefferson E. Bell<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>psullivan@gibsondunn.com<br>estock@gibsondunn.com<br>jbell@gibsondunn.com<br><br>Joel S. Sanders<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Telephone: (415) 393-8200<br>jsanders@gibsondunn.com<br><br>*Attorneys for defendants UBS AG and UBS Securities Japan Co. Ltd.* | Dale C. Christensen, Jr.<br>Michael B. Weitman<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 574-1200<br>Fax: (212) 480-8421<br>christensen@sewkis.com<br>weitman@sewkis.com<br><br>*Attorneys for defendants United Overseas Bank Limited and UOB Global Capital, LLC* |

9

# TABLE OF CONTENTS TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

- Notice of Motions

- Joint Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss All Claims for Lack of Personal Jurisdiction and Venue

- Appendix 1 to Joint Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss All Claims for Lack of Personal Jurisdiction and Venue

- Appendix 2 to Joint Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss All Claims for Lack of Personal Jurisdiction and Venue

- Declaration of Joel Kurtzberg in Support of Foreign Defendants' Motion to Dismiss All Claims for Lack of Personal Jurisdiction and Venue, dated Oct. 18, 2017

**Exhibits to Declaration of Joel Kurtzberg** — **Exhibit**

| Document | Exhibit |
|---|---|
| Declaration of Guy Guadion for Australia and New Zealand Bank Group Ltd., dated Nov. 18, 2016 | A |
| Declaration of Patrick Gonsalves for Barclays Bank PLC, dated Nov. 17, 2016 | B |
| Declaration of Patrick Gonsalves for Barclays PLC, dated Nov. 17, 2016 | C |
| Declaration of William F. Hennessey for BNP Paribas, S.A., dated Nov. 18, 2016 | D |
| Declaration of Tony Goulart, III for The Bank of Tokyo Mitsubishi UFJ, Ltd., dated Nov. 18, 2016 | E |
| Declaration of Matthias Woldter for Commerzbank AG, dated Nov. 10, 2016 | F |
| Declaration of Oliver Chazareix for Crédit Agricole Corporate & Investment Bank, dated Nov. 17, 2016 | G |
| Declaration of Pierre Minor for Crédit Agricole, S.A., dated Nov. 16, 2016 | H |
| Declaration of Daniel Kläy for Credit Suisse AG, dated Nov. 17, 2016 | I |


Declaration of Daniel Kläy for Credit Suisse Group AG, dated Nov. 17, 2016 ..................................................................................................... J

Declaration of Damian M. Bisseker for Credit Suisse International, dated Nov. 16, 2016 .......................................................................................... K

Declaration of Joseph P. Randazzo for Deutsche Bank AG, dated Nov. 16, 2016 ..................................................................................................... L

Declaration of Cheuk-Man Derek Ng for The Hongkong and Shanghai Banking Corporation Limited, dated Nov. 17, 2016 ........................................................................................................................ M

Declaration of Mark Chambers for HSBC Holdings, plc, dated Nov. 11, 2016 ..................................................................................................... N

Declaration of B.M. Stoelinga and W.A. Brouwer for ING Bank N.V., dated Nov. 17, 2016 ................................................................................ O

Declaration of B.M. Stoelinga and W.A. Brouwer for ING Groep N.V., dated Nov. 17, 2016 ............................................................................... P

Declaration of Matthew Gummer for Macquarie Bank Limited, dated Nov. 18, 2016 ............................................................................................ Q

Declaration of Matthew Gummer for Macquarie Group Limited, dated Nov. 18, 2016 ............................................................................................ R

Declaration of Frederick Chong Shen for Oversea-Chinese Banking Corporation Limited, dated Nov. 16, 2016 ........................................................ S

Declaration of William Gougherty for The Royal Bank of Scotland Group plc, The Royal Bank of Scotland plc, and RBS Securities Japan Ltd. dated Nov. 18, 2016 ................................................................. T

Declaration of Daniel Koh for Standard Chartered PLC and Standard Chartered Bank, dated Nov. 16, 2016 ........................................................ U

Declaration of Michelle Amey for Standard Chartered PLC and Standard Chartered Bank, dated Nov. 17, 2016 ........................................................ V

Declaration of John Connors for UBS AG and UBS Securities Japan Co. Ltd., dated Nov. 17, 2016 ............................................................. W

Declaration of Beh Ean Lim for United Overseas Bank Limited, dated Nov. 17, 2016 ........................................................................................ X

Declaration of Goh Peng Fong for DBS Group Holdings
Ltd., dated Nov. 18, 2016 ................................................................................................Y

Declaration of Debbie Lam Thuan Meng for DBS Bank
Ltd., dated Nov. 18, 2016 ................................................................................................ Z

Declaration of Stela C. Tipi for Deutsche Bank AG, dated
Nov. 17, 2016 ................................................................................................................AA

- Declaration of Joel Kurtzberg Regarding Foreign Law, dated Oct. 18, 2017

  **Exhibits to Declaration of Joel Kurtzberg**                                                **Exhibit**

  Affidavit of John Michael Harris, dated Oct. 17, 2017.................................................BB

  Cayman Online Registry Information Service Inquiry
  Regarding Sonterra Capital Master Fund, Ltd..............................................................BB1

  Cayman Online Registry Information Service Inquiry
  Regarding FrontPoint Asian Event Driven Fund, L.P...................................................BB2

  *Sonterra Capital Master Fund, Ltd. Notice of Winding Up
  and Dissolution*, Cayman Islands Gazette (Aug. 9, 2012) ...........................................BB3

  *FrontPoint Asian Event Driven Fund, L.P. Notice of
  Winding Up and Dissolution*, Cayman Islands Gazette
  (Sept. 27, 2011) .............................................................................................................BB4

  Cayman Islands Companies Law (2016 Revision) (Excerpt) .......................................BB5

  Cayman Islands Exempted Limited Partnership Law (2014
  Revision) (Excerpt).......................................................................................................BB6

- Joint Memorandum of Law in Support of Defendants' Motion to Dismiss the Corrected Second Amended Class Action Complaint for Failure to State a Claim

- Declaration of Matthew J. Porpora, dated Oct. 18, 2017

  **Exhibits to Declaration of Matthew J. Porpora**                                             **Exhibit**

  *Statement on ABS Financial Benchmarks*, Singapore
  Foreign Exchange Market Committee (June 14, 2013)..................................................CC

  *2006 ISDA Definitions*, International Swaps and
  Derivatives Association, Inc..........................................................................................DD

  *Singapore Censures 20 Banks Over Rates*, Wall Street
  Journal (June 15, 2013) ..................................................................................................EE

*Primer on Interest Rates*, Credit Suisse (Apr. 28, 2010) .................................................. FF

*Negative SOR – OCBC Treasury Research's FAQ*, OCBS Bank (Aug. 18, 2011) ........................................................................................... GG

*Bank Probes Find Manipulation in Singapore's Offshore FX Market – Source*, Reuters (Jan. 27, 2013) ................................................................. HH

*RBS Managers Condoned LIBOR Manipulation During Expansion*, Bloomberg News (Sept. 25, 2012) ................................................................ II

*Former RBS Trader Saw Libor Fixing as "Cartel": Report*, Reuters (Sept. 26, 2012) ........................................................................................... JJ

*Commerzbank Sued by Trader Fired Over Rate Probe in Singapore*, Bloomberg News (July 7, 2015) ...................................................................... KK

*UBS Says Singapore Traders Fired for Serious Misconduct*, Bloomberg News (Apr. 2, 2013) ....................................................................... LL

*Macquarie Trader Sacked, ANZ Reclaims Bonuses After Scandal*, The Financial Review (June 7, 2013) ................................................................ MM

*RBS Said to Suspend Trader as Rate-Rigging Spreads Beyond Libor*, Bloomberg News (Oct. 4, 2012) ............................................................ NN