UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS SECURITIES JAPAN LIMITED, UBS AG, UBS SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING BANK N.V., ING CAPITAL MARKETS LLC, BNP PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, INC., BNP PARIBAS SECURITIES CORP., BNP PARIBAS PRIME BROKERAGE, INC., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, DBS BANK LTD., DBS GROUP HOLDINGS LTD., DBS VICKERS SECURITIES (USA) INC., UNITED OVERSEAS BANK LIMITED, UOB GLOBAL CAPITAL, LLC, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., ANZ SECURITIES, INC., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., MACQUARIE BANK LTD., MACQUARIE GROUP LTD., COMMERZBANK AG, AND JOHN DOES NOS. 1-50, <br><br> Defendants. | Docket No.: 1:16-cv-05263-AKH |

**MEMORANDUM OF LAW IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY</u>**

Plaintiffs FrontPoint Asian Event Driven Fund, L.P. and Sonterra Capital Master Fund, Ltd. respectfully move this Court for an order granting leave to file a brief sur-reply.

When a party has raised new arguments in a reply to an opposition, the Court may grant leave to file a sur-reply in response to those new arguments. *Grocery Haulers, Inc. v. C & S Wholesale Grocers, Inc.*, No. 11-cv-3130 (DLC), 2012 WL 4049955, at *6 (S.D.N.Y. Sept. 14, 2012) ("Courts have broad discretion to consider arguments in a sur-reply, particularly when new arguments are put forth in a reply brief.") (internal citations omitted); *see also Correspondent Servs. Corp. v. JVW Inv., Ltd.*, No. 99 CIV 8934 RWS, 2004 WL 2181087, at *7 (S.D.N.Y. Sept. 29, 2004), *judgment entered sub nom. Correspondent Servs. Corp. v. J.V.W. Inv. Ltd.*, 232 F.R.D. 173 (S.D.N.Y. 2005), *and aff'd sub nom. Correspondent Servs. Corp. v. First Equities Corp. of Florida*, 442 F.3d 767 (2d Cir. 2006) (granting leave to file sur-reply "so as to permit comprehensive adjudication of the issues raised.").

In their reply, Defendants raised several new challenges to Plaintiffs' standing and capacity to sue, based on the content of the Assignments that Plaintiffs submitted with their opposition. *See* Declaration of Geoffrey M. Horn, ECF No. 250, Exs. 34-35 (requested to be filed under seal). For example, Defendants argue for the first time that this Court should dismiss the Complaint because ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Defs. Reply, ECF No. 253, at 9. Plaintiffs do not have to "demonstrate" anything at this stage of the case; rather, fact-based questions like this one cannot be resolved on the pleadings. *See Anderson News L.L.C. v. Am. Media, Inc.*, 680 F.3d 162, 185 (2d Cir. 2012) ("Fact-specific questions cannot be resolved on the pleadings"); *Bauer v. Venman*, 252 F.3d 625, 642 (2d Cir. 2003) (holding that attacks on the "factual underpinnings" of a plaintiff's standing must be rejected at the pleading stage).

1

If the Court is nonetheless inclined to consider these arguments, Plaintiffs request leave to file a memorandum of no more than ten pages, along with supporting exhibits, under seal, which will show: ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████

Plaintiffs will file their sur-reply no later than seven days after the Court grants this motion.

Dated:  December 28, 2017          Respectfully submitted,
        White Plains, New York
                                    LOWEY DANNENBERG, P.C.

                                    /s/ Geoffrey M. Horn
                                    Geoffrey M. Horn
                                    Vincent Briganti
                                    Peter D. St. Phillip
                                    44 South Broadway
                                    White Plains, NY 10601
                                    Tel.: (914) 997-0500
                                    Fax: (914) 997-0035
                                    ghorn@lowey.com
                                    vbriganti@lowey.com
                                    pstphillip@lowey.com

                                    *Counsel for Plaintiffs*

2