# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS SECURITIES JAPAN LIMITED, UBS AG, UBS SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING BANK N.V., ING CAPITAL MARKETS LLC, BNP PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, INC., BNP PARIBAS SECURITIES CORP., BNP PARIBAS PRIME BROKERAGE, INC., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, DBS BANK LTD., DBS GROUP HOLDINGS LTD., DBS VICKERS SECURITIES (USA) INC., UNITED OVERSEAS BANK LIMITED, UOB GLOBAL CAPITAL, LLC, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., ANZ SECURITIES, INC., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., MACQUARIE BANK LTD., MACQUARIE GROUP LTD., COMMERZBANK AG, AND JOHN DOES NOS. 1-50,<br><br>Defendants. | Docket No.: 1:16-cv-05263-AKH<br><br><br>**DEFENDANTS' JOINT MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY** |

Defendants respectfully submit this memorandum of law in opposition to Plaintiffs' motion (the "Motion") for leave to a file a sur-reply in opposition to Defendants' motion to dismiss the Corrected Second Amended Class Action Complaint ("SAC") for lack of subject matter jurisdiction and failure to state a claim.  (ECF No. 258.)

Judge Kaplan recently rejected the *same* request in another matter by these *same* Plaintiffs[1] on the *same* issue of standing and capacity to sue.  *See* Order dated Nov. 29, 2017, *Dennis* v. *JPMorgan Chase & Co.*, No. 16-cv-6496 (S.D.N.Y.) (ECF No. 199) (denying motion for a sur-reply).  This Court should do the same.

Contrary to Plaintiffs' sole argument in the Motion, Defendants did not raise "new" arguments concerning Plaintiffs' lack of capacity on reply.  (Mem. in Supp. of Pls.' Mot. for Leave to File a Sur-Reply (ECF No. 259) ("Mem.") at 1.)  The record is clear that Defendants raised the capacity issue in their opening brief, and Plaintiffs responded with entirely new assertions of fact that Plaintiffs *admit* they previously withheld from the Court.

In their initial complaints, Plaintiffs made allegations about themselves in the present tense, suggesting that they were going concerns.  (ECF No. 4 ¶¶ 18-19; ECF No. 119 ¶¶ 20-21.)  Upon seeing a change in tense in the SAC (to past tense), Defendants investigated and discovered that Plaintiffs had ceased to exist long before their initial complaints were filed.  Defendants explained in their opening brief in support of their motion to dismiss the SAC that Plaintiffs (i) affirmatively misrepresented their status in the initial complaints—failing to disclose that they were long-ago dissolved entities that lack capacity to bring this action—and

---

[1] While Defendants herein refer to "Plaintiffs," it is now clear that the named Plaintiffs do not exist.

(ii) maintained that misrepresentation throughout the briefing, argument and decision on Defendants' first motion to dismiss.  (ECF No. 243 at 8-9, 13-16.)

In their opposition, Plaintiffs never explained why they concealed their status from the Court for so long.  (ECF No. 249.)  Rather, Plaintiffs tried to shift the focus to whether Defendants had an obligation to ferret out the misrepresentations in Plaintiffs' initial complaints and thus waived their capacity arguments.  (*Id.* at 50-51.)  Plaintiffs also argued that purported assignments of their claims to a third party somehow cure their lack of capacity (*id.* at 44-48), and submitted a declaration purporting to evidence those assignments (ECF No. 250).

In reply, Defendants explained that the purported assignments of claims cannot properly be considered on Defendants' motion because they were not pled in the SAC.  (ECF No. 255 at 2.)  Defendants also demonstrated that, even if the purported assignments were to be considered, they would not provide Plaintiffs with capacity to sue or otherwise salvage their claims.  (*Id.* at 3-14.)

As Plaintiffs admit, the arguments supporting Plaintiffs' request for a sur-reply were "based on the content of the Assignments that *Plaintiffs* submitted" to the Court for the very first time "with their opposition."  (Mem. at 1 (emphasis added).)  Because Plaintiffs pled no facts about these supposed assignments, Defendants had no opportunity to address them in their opening brief.  "Reply papers may properly address new material issues raised in the opposition papers so as to avoid giving unfair advantage to the answering party."  *Mohsen* v. *Morgan Stanley & Co. Inc.*, 2013 WL 5312525, at *3 n.2 (S.D.N.Y. Sept. 23, 2013) (quoting *Bayway Ref. Co.* v. *Oxygenated Mktg. & Trading A.G.*, 215 F.3d 219, 226-27 (2d Cir. 2000)).  Plaintiffs, therefore, have no grounds to seek a sur-reply.  *See, e.g.*, *Travelers Ins. Co.* v. *Buffalo Reins. Co.*, 735 F. Supp. 492, 495-96 (S.D.N.Y. 1990), *vacated in part on other grounds*, 739 F. Supp. 209

(S.D.N.Y. 1990) (denying a request for a sur-reply where "defendants' reply papers addressed issues not raised in its moving papers" because "each point in the reply brief directly responds to an issue raised in [the plaintiff's] opposition papers").

Plaintiffs' procedurally improper arguments regarding the assignments[2] should not open the door for Plaintiffs to burden the Court with an "endless volley of briefs." *Kapiti* v. *Kelly*, 2008 WL 754686, at *1 n.1 (S.D.N.Y. Mar. 12, 2008) (denying request to file a sur-reply when the reply brief "responded directly to the arguments advanced" in the opposition).[3]  Plaintiffs' Motion should be denied.

---

[2] *See Wright* v. *Ernst & Young LLP*, 152 F.3d 169, 178 (2d Cir. 1998) ("a party is not entitled to amend its complaint through statements made in motion papers").

[3] If the Court were to grant Plaintiffs leave to file a sur-reply, Defendants reserve their right to respond.

Dated: January 3, 2018
      New York, New York

Respectfully submitted,

| /s/  Penny Shane | /s/  Arthur J. Burke |
|---|---|
| Penny Shane | Lawrence J. Portnoy |
| Corey Omer | Arthur J. Burke |
| SULLIVAN & CROMWELL LLP | Paul S. Mishkin |
| 125 Broad Street | Adam G. Mehes |
| New York, New York  10004 | DAVIS POLK & WARDWELL LLP |
| Telephone: (212) 558-4000 | 450 Lexington Avenue |
| Fax: (212) 558-3588 | New York, New York  10017 |
| shanep@sullcrom.com | Telephone: (212) 450-4000 |
| omerc@sullcrom.com | Fax: (212) 701-5800 |
| | lawrence.portnoy@davispolk.com |
| *Attorneys for defendants Australia and New* | arthur.burke@davispolk.com |
| *Zealand Banking Group, Ltd. and ANZ* | paul.mishkin@davispolk.com |
| *Securities, Inc.* | adam.mehes@davispolk.com |
| | |
| | *Attorneys for defendants Bank of America* |
| | *Corporation and Bank of America, N.A.* |

| /s/ Daryl A. Libow | /s/ Matthew J. Porpora |
|---|---|

Daryl A. Libow
Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
libowd@sullcrom.com
viapianoc@sullcrom.com
cassadye@sullcrom.com

*Attorneys for defendant The Bank of
Tokyo-Mitsubishi UFJ, Ltd.*

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

Jonathan D. Schiller
Leigh M. Nathanson
Amos E. Friedland
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com
afriedland@bsfllp.com

Michael Brille
Melissa Felder Zappala
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015
Telephone: (202) 237-2727
mbrille@bsfllp.com
mfelder@bsfllp.com

*Attorneys for defendants Barclays PLC,
Barclays Bank PLC and Barclays Capital Inc.*

/s/  Stephen J. Obie

Jayant W. Tambe
Stephen J. Obie
Kelly A. Carrero
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: (212) 326-3939
jtambe@jonesday.com
sobie@jonesday.com
kacarrero@jonesday.com

*Attorneys for defendants BNP Paribas S.A.,*
*BNP Paribas North America, Inc., BNP Paribas*
*Securities Corp. and BNP Paribas Prime*
*Brokerage, Inc.*

/s/  Andrew A. Ruffino

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Andrew D. Lazerow
850 Tenth Street, N.W.
Washington, D.C.  20001
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
alazerow@cov.com

*Attorneys for defendants Citibank, N.A. and*
*Citigroup Inc.*

/s/  David R. Gelfand

David R. Gelfand
Mark D. Villaverde
MILBANK, TWEED, HADLEY &
McCLOY LLP
28 Liberty Street
New York, New York  10005
Telephone: (212) 530-5000
dgelfand@milbank.com
mvillaverde@milbank.com

*Attorneys for defendant Commerzbank AG*

/s/  Andrew Hammond

Andrew Hammond
Kim Haviv
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York  10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
ahammond@whitecase.com
khaviv@whitecase.com

Darryl S. Lew
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
dlew@whitecase.com

*Attorneys for defendants Crédit Agricole*
*Corporate and Investment Bank and Crédit*
*Agricole S.A.*

/s/ Joel Kurtzberg

Herbert S. Washer
Elai Katz
Joel Kurtzberg
Jason M. Hall
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com
jhall@cahill.com
amintz@cahill.com

*Attorneys for defendants Credit Suisse Group
AG, Credit Suisse AG and Credit Suisse
International*

/s/ Gary W. Kubek

Gary W. Kubek
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone: (212) 909-6000
Fax: (212) 909-6836
gwkubek@debevoise.com
eweisgerber@debevoise.com

*Attorneys for defendants DBS Bank Ltd., DBS
Group Holdings Ltd and DBS Vickers Securities
(USA) Inc.*

/s/ Moses Silverman

Moses Silverman
Aidan Synnott
Jacob J. Taber
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone: (212) 373-3000
msilverman@paulweiss.com
asynnott@paulweiss.com
jtaber@paulweiss.com

*Attorneys for defendant Deutsche Bank AG*

/s/ Nowell D. Bamberger

Nowell D. Bamberger
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006
Telephone: (202) 974-1500
Fax: (202) 974-1999
nbamberger@cgsh.com

Lewis J. Liman
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
lliman@cgsh.com

*Attorneys for defendants The Hongkong and
Shanghai Banking Corporation Limited, HSBC
Bank USA, N.A., HSBC Holdings plc, HSBC
North America Holdings Inc. and HSBC USA
Inc.*

/s/  Amanda F. Davidoff

Amanda F. Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
davidoffa@sullcrom.com

*Attorneys for defendants ING Groep N.V., ING*
*Bank N.V. and ING Capital Markets LLC*

/s/  Paul C. Gluckow

Thomas C. Rice
Mary Beth Forshaw
Paul C. Gluckow
Alan C. Turner
Sarah E. Phillips
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
trice@stblaw.com
mforshaw@stblaw.com
pgluckow@stblaw.com
aturner@stblaw.com
sarah.phillips@stblaw.com

Abram J. Ellis
900 G Street, N.W.
Washington, D.C. 20001
Telephone: (202) 636-5500
aellis@stblaw.com

*Attorneys for defendants JPMorgan Chase &*
*Co. and JPMorgan Chase Bank, N.A.*

/s/  Christopher M. Paparella

Christopher M. Paparella
Marc Weinstein
Justin Ben-Asher
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York  10004
Telephone: (212) 837-6000
Fax: (212) 422-4726
Chris.Paparella@hugheshubbard.com
Marc.Weinstein@hugheshubbard.com
Justin.Ben-Asher@hugheshubbard.com

*Attorneys for defendants Macquarie Bank Ltd.*
*and Macquarie Group Ltd.*

/s/  C. Fairley Spillman

C. Fairley Spillman
AKIN GUMP STRAUSS HAUER &
FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 887-4409
fspillman@akingump.com

Nicholas C. Adams
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone: (415) 765-9529
nadams@akingump.com

*Attorneys for defendant Oversea-Chinese*
*Banking Corporation Limited*

/s/  Fraser L. Hunter, Jr.
_____
Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for defendants The Royal Bank of*
*Scotland plc, The Royal Bank of Scotland Group*
*plc and RBS Securities Japan Limited*

/s/  Marc J. Gottridge
_____
Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York  10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for defendants Standard Chartered*
*Bank and Standard Chartered plc*

/s/  Peter Sullivan
_____
Peter Sullivan
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone: (212) 351-4000
psullivan@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for defendants UBS AG and UBS*
*Securities Japan Co. Ltd.*

/s/  Dale C. Christensen, Jr.
_____
Dale C. Christensen, Jr.
Michael B. Weitman
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York  10004
Telephone: (212) 574-1200
Fax: (212) 480-8421
christensen@sewkis.com
weitman@sewkis.com

*Attorneys for defendants United Overseas Bank*
*Limited and UOB Global Capital, LLC*