ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO:        Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 1/5/18
           by Order of Judge Alvin K. Hellerstein

Re: Frontpoint Asian v. Citibank - 16 Civ. 5263(AKH)

You are hereby notified that you are required to appear for an oral argument.

   Date:  March 28, 2018
   Time:  2:30 pm
   Place: U.S. Courthouse - Southern District of New York
          500 Pearl Street
          Courtroom 14D
          New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
1-5-18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-18