UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS SECURITIES JAPAN LIMITED, UBS AG, UBS SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING BANK N.V., ING CAPITAL MARKETS LLC, BNP PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, INC., BNP PARIBAS SECURITIES CORP., BNP PARIBAS PRIME BROKERAGE, INC., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, DBS BANK LTD., DBS GROUP HOLDINGS LTD., DBS VICKERS SECURITIES (USA) INC., UNITED OVERSEAS BANK LIMITED, UOB GLOBAL CAPITAL, LLC, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., ANZ SECURITIES, INC., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., MACQUARIE BANK LTD., MACQUARIE GROUP LTD., COMMERZBANK AG, AND JOHN DOES NOS. 1-50,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/18

Docket No.: 1:16-cv-05263-AKH

**COURTESY COPY**


RECEIVED JAN 02 2018
CHAMBERS OF
ALVIN K HELLERSTEIN
U.S.D.J.

**NOTICE OF MOTION FOR LEAVE TO FILE A SUR-REPLY**

Leave is denied. Any need for a sur-reply may be made at oral argument.  1-8-18

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiffs FrontPoint Asian Event Driven Fund, L.P. and Sonterra Capital Master Fund, Ltd. ("Plaintiffs") respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge at the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order granting Plaintiffs leave to file a sur-reply and supporting exhibits, under seal, by no later than seven days after the Court's order granting this motion.

Dated: December 28, 2017
White Plains, New York

Respectfully submitted,

LOWEY DANNENBERG, P.C.

/s/ Geoffrey M. Horn
Geoffrey M. Horn
Vincent Briganti
Peter D. St. Phillip
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
ghorn@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com

*Counsel for Plaintiffs*