**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

FRONTPOINT ASIAN EVEN DRIVEN
FUND L.P., et al.,

                                                    Case No. 16-cv-5263 (AKH)

                              Plaintiffs,

             - against -

CITIBANK, N.A., CITIGROUP INC.,
BANK OF AMERICA CORP., et al.,

                              Defendant(s).

-------------------------------------------------------------- X

<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

        To the Clerk of this Court:

        PLEASE TAKE NOTICE that because Karen Patton Seymour  is leaving the firm
of Sullivan & Cromwell LLP effective January 19, 2018, she hereby withdraws her appearance
as counsel for defendants Counsel for ING Groep N.V., ING Bank, N.V. and ING Capital
Markets LLC in the above-captioned action.

        Sullivan & Cromwell LLP will continue to serve as counsel in this case for the
Defendants ING Groep N.V., ING Bank, N.V. and ING Capital Markets LLC  through its
attorney Amanda Flug Davidoff.

Please remove Karen Patton Seymour from the Court's service list for this action.

Dated: January 11, 2018

Respectfully submitted,

/s/ Karen Patton Seymour
Karen Patton Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
seymourk@sullcrom.com
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for ING Groep N.V.,*
*ING Bank, N.V. and ING*
*CapitalMarkets LLC*