UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., et al.,

          Plaintiffs,

      v.

CITIBANK, N.A., et al.,

          Defendants.

-----------------------------------------------------------x

No. 16-cv-5263 (AKH)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark A. Kirsch of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS AG and UBS Securities Japan Co., Ltd.

Dated: New York, New York
       January 17, 2018

       GIBSON, DUNN & CRUTCHER LLP

       By:  /s/  Mark A. Kirsch
             Mark A. Kirsch

       200 Park Avenue, 48th Floor
       New York, New York 10166
       Tel.: (212) 351-2662
       mkirsch@gibsondunn.com

       *Attorneys for UBS AG and UBS Securities Japan Co., Ltd.*