UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
FRONTPOINT ASIAN EVENT DRIVEN
FUND, L.P., and SONTERRA CAPITAL
MASTER FUND, LTD., *et al.*,

                Plaintiffs,

   v.

CITIBANK, N.A., *et al.*,

                Defendants.
---------------------------------------------------------x

No. 16-cv-5263 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/18

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendants UBS AG and UBS Securities Japan Co., Ltd., in the above-captioned action. No substitution of counsel is necessary, as UBS AG and UBS Securities Japan Co., Ltd continue to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG and UBS Securities Japan Co., Ltd. are aware of and consent to the withdrawal.

Dated: New York, New York
        January 18, 2018

So Ordered 1/22/18

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Peter Sullivan*
      Peter Sullivan

200 Park Avenue, 47th Floor
New York, New York 10166
Tel.: (212) 351-5370
psullivan@gibsondunn.com

*Attorneys for UBS AG and UBS
Securities Japan Co., Ltd.*