UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, LTD., et al., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    -against-<br><br>CITIBANK, N.A., et al.,<br><br>       Defendants. | Case No. 16-cv-05263-AKH |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Thomas C. Rice as counsel for JPMorgan in the above-referenced action. Thomas C. Rice has retired as a member of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated: New York, New York
February 14, 2018

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Paul C. Gluckow
      Mary Beth Forshaw (mforshaw@stblaw.com)
      Paul C. Gluckow (pgluckow@stblaw.com)
      Alan C. Turner (aturner@stblaw.com)
      425 Lexington Avenue
      New York, New York 10017
      Tel: (212) 455-2000
      Fax: (212) 455-2502

      Abram J. Ellis (aellis@stblaw.com)
      900 G Street, NW
      Washington, D.C. 20001
      Tel: (202) 636-5500
      Fax: (202) 636-5502

      *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*