USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and :
SONTERRA CAPITAL MASTER FUND, LTD., on behalf : **SCHEDULING ORDER**
of themselves and all others similarly situated,, :
: 16 Civ. 5263 (AKH)
Plaintiffs, :
v. :
:
CITIBANK, N.A., CITIGROUP INC., BANK OF :
AMERICA CORPORATION, BANK OF AMERICA, :
N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE :
BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, :
THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS :
SECURITIES JAPAN LIMITED, UBS AG, UBS :
SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING :
BANK N.V., ING CAPITAL MARKETS LLC, BNP :
PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, :
INC., BNP PARIBAS SECURITIES CORP., BNP :
PARIBAS PRIME BROKERAGE, INC., OVERSEA- :
CHINESE BANKING CORPORATION LTD., :
BARCLAYS PLC, BARCLAYS BANK PLC, :
BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, :
CREDIT AGRICOLE CORPORATE AND INVESTMENT :
BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE :
GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE :
INTERNATIONAL, STANDARD CHARTERED :
BANK, STANDARD CHARTERED PLC, DBS BANK :
LTD., DBS GROUP HOLDINGS LTD, DBS VICKERS :
SECURITIES (USA) INC., UNITED OVERSEAS BANK :
LIMITED, UOB GLOBAL CAPITAL, LLC, AUSTRALIA :
AND NEW ZEALAND BANKING GROUP, LTD., ANZ :
SECURITIES, INC., THE BANK OF TOKYO- :
MITSUBISHI UFJ, LTD., THE HONGKONG AND :
SHANGHAI BANKING CORPORATION LIMITED, :
HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC :
NORTH AMERICA HOLDINGS INC., HSBC USA INC., :
MACQUARIE BANK LTD., MACQUARIE GROUP :
LTD., COMMERZBANK AG, AND JOHN DOES NOS. :
1-50, :
:
Defendants. :
-------------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Oral argument currently scheduled for March 28, 2018, is adjourned, and will be held instead on April 12, 2018, at 2:30 P.M.

SO ORDERED.

Dated: March 26, 2018
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge