

# LOWEY DANNENBERG, P.C.

April 9, 2018

**VIA FACSIMILE**

**PARTIES REQUEST NOT TO BE DOCKETED**

The Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: *FrontPoint Asian Event Driven Fund, L.P., et al. v. Citibank, N.A., et al.,*
No. 16-cv-05263 (AKH)

Dear Judge Hellerstein:

As counsel for Plaintiffs, I am writing to report that Plaintiffs and Defendants Citigroup Inc. and Citibank, N.A. (collectively, "Citi") have executed a binding settlement term sheet today in the above-referenced action.

Accordingly, we jointly request with Citi that all litigation proceedings and deadlines between Plaintiffs and Citi be temporarily stayed pending our drafting, execution and presentment for approval of a formal class settlement agreement. Additionally, because the settlement, if approved by the Court, would moot the pending motion to dismiss [ECF No. 238] as to the Citi defendants, we also request that the motion be deemed withdrawn as to Citi only, without prejudice to Citi's right to refile the motion if the proposed settlement is not approved by the Court.

The term sheet provides that the fact of the settlement and its terms shall be kept confidential until such time as the parties submit a formal class settlement agreement to the Court for approval. As a result, we jointly request that this letter not be docketed and that its contents not be communicated to anyone other than court personnel with a need to know prior to the filing of the formal class settlement agreement.

We are available to address any questions Your Honor may have.

Respectfully submitted,

Vincent Briganti

cc: Counsel of Record (via email)

Handwritten annotation by the Court: Motion denied. The Court, having spent considerable time preparing for the argument rescheduled for April 12, 2018, shall proceed to decide those motions. The parties have leave to brief anew the motion and [illegible]. 4-9-18 /s/ A.K. Hellerstein

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p) 610-941-2760 (f) 610-862-9777