UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and :
SONTERRA CAPITAL MASTER FUND, LTD., on behalf : **ORDER DENYING**
of themselves and all others similarly situated,, : **MOTIONS TO SEAL**
:
                    Plaintiffs, : 16 Civ. 5263 (AKH)
   v. :
:
CITIBANK, N.A., CITIGROUP INC., BANK OF :
AMERICA CORPORATION, BANK OF AMERICA, :
N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE :
BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, :
THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS :
SECURITIES JAPAN LIMITED, UBS AG, UBS :
SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING :
BANK N.V., ING CAPITAL MARKETS LLC, BNP :
PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, :
INC., BNP PARIBAS SECURITIES CORP., BNP :
PARIBAS PRIME BROKERAGE, INC., OVERSEA- :
CHINESE BANKING CORPORATION LTD., :
BARCLAYS PLC, BARCLAYS BANK PLC, :
BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, :
CREDIT AGRICOLE CORPORATE AND INVESTMENT :
BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE :
GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE :
INTERNATIONAL, STANDARD CHARTERED :
BANK, STANDARD CHARTERED PLC, DBS BANK :
LTD., DBS GROUP HOLDINGS LTD, DBS VICKERS :
SECURITIES (USA) INC., UNITED OVERSEAS BANK :
LIMITED, UOB GLOBAL CAPITAL, LLC, AUSTRALIA :
AND NEW ZEALAND BANKING GROUP, LTD., ANZ :
SECURITIES, INC., THE BANK OF TOKYO- :
MITSUBISHI UFJ, LTD., THE HONGKONG AND :
SHANGHAI BANKING CORPORATION LIMITED, :
HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC :
NORTH AMERICA HOLDINGS INC., HSBC USA INC., :
MACQUARIE BANK LTD., MACQUARIE GROUP :
LTD., COMMERZBANK AG, AND JOHN DOES NOS. :
1-50, :
:
                    Defendants. :
------------------------------------------------------------------ X


USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/18

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiffs moved to seal Exhibits 34, 35, and 36 of the Declaration of Geoffrey M. Horn, Dkt. No. 250, and to redact the portions of various documents referring to these exhibits. *See* Dkt. Nos. 251, 260. Defendants made a similar motion to seal. *See* Dkt. No. 256.

The exhibits contain business information that is roughly six years old. The Parties' privacy interest in such information is insufficient to overcome the presumption of public access to judicial documents, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006), and the motions to seal are therefore denied.

The Clerk shall terminate Dkt. Nos. 251, 256, and 260.

SO ORDERED.

Dated:     April //, 2018
               New York, New York

ALVIN K. HELLERSTEIN
United States District Judge