

**LOWEY DANNENBERG**, P.C.

April 27, 2018

*Upon reconsideration, this motion is granted, but only to the extent of sealing exhibit JH-35 ~~that attaches~~ to the Horn Declaration (ECF 250).*  4-30-18
/s/ A.K. Hellerstein

**VIA FEDERAL EXPRESS**
The Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

    Re:   *FrontPoint Asian Event Driven Fund, L.P., et al. v. Citibank, N.A., et al.*, No.
          16-cv-05263 (AKH)

Dear Judge Hellerstein:

    On behalf of Plaintiffs in the above-captioned action, enclosed please find courtesy copies of the following documents:

1. Notice of Plaintiffs' Motion for Reconsideration of the April 11, 2018 Order Denying Motions to Seal (ECF No. 284).

2. Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration of the April 11, 2018 Order Denying Motions to Seal (ECF No. 285).

The above-referenced documents were filed via ECF on Wednesday, April 25, 2018.

                                    Respectfully submitted,

                                    /s/ Geoffrey Horn

cc:    Counsel of Record (via email) (cover letter only)

Encls.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 4/30/18

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p) 610-941-2760 (f) 610-862-9777