UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, LTD., et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    -against-<br><br>CITIBANK, N.A., et al.,<br><br>        Defendants. | Case No. 16-cv-05263-AKH |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Jonathan T. Menitove of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon the undersigned at the address below.  This entry of appearance is subject to and without waiving any defenses applicable to JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action.

Dated: New York, New York
    May 11, 2018

              Respectfully submitted,

              SIMPSON THACHER & BARTLETT LLP

      By: */s/ Jonathan T. Menitove*
          Jonathan T. Menitove (jonathan.menitove@stblaw.com)
          425 Lexington Avenue
          New York, New York 10017
          Telephone: (212) 455-2000
          Facsimile: (212) 455-2502

          *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*