# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>                    -against-<br><br>CITIBANK, N.A., et al.,<br><br>                                Defendants. | Case No. 1:16-cv-05263 (AKH) |

## MOTION TO WITHDRAW MATTHEW ACOCELLA
## AS COUNSEL FOR PLAINTIFFS

Matthew Acocella, undersigned counsel, respectfully moves, pursuant to Local Rule 1.4, for leave to withdraw his appearance as counsel for Plaintiffs FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD. As of June 8, 2018, I will no longer be associated with Lowey Dannenberg, P.C. Lowey Dannenberg will continue to be counsel of record for Plaintiffs in this matter.

Dated: June 6, 2018

                                                            LOWEY DANNENBERG P.C.

                                                            Respectfully submitted,

                                                            By:   /s Matthew Acocella
                                                                    Matthew Acocella
                                                                    44 South Broadway, Suite 1100
                                                                    White Plains, NY  10601
                                                                    Telephone: 914-997-0500
                                                                    Facsimile: 914-997-0035
                                                                    Email: macocella@lowey.com