**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/24/18__

---

FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P.,
and SONTERRA CAPITAL MASTER FUND, LTD.,
on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

CITIBANK, N.A., et al.,

Defendants.

---

Case No. 1:16-cv-05263 (AKH)

## MOTION TO WITHDRAW MATTHEW ACOCELLA
## AS COUNSEL FOR PLAINTIFFS

Matthew Acocella, undersigned counsel, respectfully moves, pursuant to Local Rule 1.4,

for leave to withdraw his appearance as counsel for Plaintiffs FRONTPOINT ASIAN EVENT

DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD. As of June 8, 2018,

I will no longer be associated with Lowey Dannenberg, P.C. Lowey Dannenberg will continue to

be counsel of record for Plaintiffs in this matter.

Dated: June 6, 2018

So Ordered    6/24/18

*[signature]*

LOWEY DANNENBERG P.C.

Respectfully submitted,

By: ___/s Matthew Acocella___
Matthew Acocella
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
Email: macocella@lowey.com

{2752 / NOT / 00149231.DOCX v1}