New York          Paris
Northern California   Madrid
Washington DC     Tokyo
São Paulo         Beijing
London            Hong Kong

**Davis Polk**

**Peter J. Davis**

Davis Polk & Wardwell LLP　　212 450 3219 tel
450 Lexington Avenue　　　　 212 701 5928 fax
New York, NY 10017　　　　　 peter.davis@davispolk.com

September 18, 2018

<u>Via ECF</u>
The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:　*Front Point Asian Event Driven Fund, L.P. v. Citibank, N.A.*, 16-cv-05263 (AKH)

Dear Judge Hellerstein:

　　Davis Polk & Wardwell LLP represents defendants Bank of America Corporation and Bank of America, N.A. in the above-referenced action.  As of September 14, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel.  Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.  Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Peter J. Davis_____
　　　　　　　　　　　　　　　　　　　　　　Peter J. Davis

cc:　All Counsel of Record (via ECF)

SO ORDERED.DATE: _____

_____
U.S.D.J.