## Davis Polk

Peter J. Davis

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 3219 tel
212 701 5928 fax
peter.davis@davispolk.com

New York
Northern California
Washington DC
São Paulo
London

Paris
Madrid
Tokyo
Beijing
Hong Kong



September 18, 2018

Via ECF

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Front Point Asian Event Driven Fund, L.P. v. Citibank, N.A.*, 16-cv-05263 (AKH)

Dear Judge Hellerstein:

Davis Polk & Wardwell LLP represents defendants Bank of America Corporation and Bank of America, N.A. in the above-referenced action. As of September 14, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent the defendants in this action.

Respectfully submitted,

/s/ Peter J. Davis
Peter J. Davis

cc: All Counsel of Record (via ECF)

SO ORDERED. DATE: 9/18/18

U.S.D.J.