UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>     -against-<br><br>CITIBANK, N.A., *et al.*,<br><br>             Defendants. | Docket No.: 1:16-cv-05263-AKH |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, without prejudice to any and all defenses to be raised pursuant to Rule 12 of the Federal Rules of Procedure or otherwise, Charity E. Lee of Cleary Gottlieb Steen & Hamilton LLP, who is a member in good standing of the bar of this Court, hereby enters an appearance as counsel for Defendants The Hongkong and Shanghai Banking Corporation Limited, HSBC Bank USA, N.A., HSBC Holdings plc, HSBC North America Holdings Inc., and HSBC USA Inc. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.

Dated:  September 26, 2018	Respectfully submitted,

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                          By:	/s/ Charity E. Lee
                                                Charity E. Lee
                                                One Liberty Plaza
                                                New York, NY 10006
                                                Telephone:	(212) 225-2000
                                                Facsimile:	(212) 225-3999
                                                Email:	lliman@cgsh.com

*Attorney for defendants The Hongkong and Shanghai Banking Corporation Limited, HSBC Bank USA, N.A., HSBC Holdings plc, HSBC North America Holdings Inc., and HSBC USA Inc.*