

**LOWEY DANNENBERG, P.C.**

[RECEIVED JUN 08 2018 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

[Handwritten note: Motion to seal is denied. There is nothing in the letter to merit confidentiality. Motion to stay is denied for same reasons as in ECF 280. 9-26-18 /s/ AKH]

June 5, 2018

VIA FACSIMILE

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/26/18]

**PARTIES REQUEST NOT TO BE DOCKETED**

The Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: *FrontPoint Asian Event Driven Fund, L.P., et al. v. Citibank, N.A., et al.*, No. 16-cv-05263 (AKH)

Dear Judge Hellerstein:

As counsel for Plaintiffs, I am writing to report that Plaintiffs and Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan") have executed a binding settlement term sheet today in the above-referenced action.

Accordingly, we jointly request with JPMorgan that all litigation proceedings and deadlines between Plaintiffs and JPMorgan be temporarily stayed pending our drafting, execution and presentment for approval of a formal class settlement agreement. Additionally, because the settlement, if approved by the Court, would moot the pending motion to dismiss [ECF No. 238] solely as to the JPMorgan defendants, we also request that the motion be deemed withdrawn as to JPMorgan only, without prejudice to JPMorgan's right to refile the motion if the proposed settlement is not approved by the Court. The motion to dismiss remains pending as to all non-settling defendants.

The term sheet provides that the fact of the settlement and its terms shall be kept confidential until such time as the parties submit a formal class settlement agreement to the Court for approval. As a result, we jointly request that this letter not be docketed and that its contents not be communicated to anyone other than court personnel with a need to know prior to the filing of the formal class settlement agreement.

We are available to address any questions Your Honor may have.

Respectfully submitted,

/s/ Vincent Briganti
Vincent Briganti

cc: Counsel of Record (via email)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977 (p) 610-941-2760 (f) 610-862-9777