UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,

      Plaintiff,

    - against -

CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS SECURITIES JAPAN LIMITED, UBS AG, UBS SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING BANK N.V., ING CAPITAL MARKETS LLC, BNP PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, INC., BNP PARIBAS SECURITIES CORP., BNP PARIBAS PRIME BROKERAGE, INC., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, DBS BANK LTD., DBS GROUP HOLDINGS LTD., DBS VICKERS SECURITIES (USA) INC., UNITED OVERSEAS BANK LIMITED, UOB GLOBAL CAPITAL, LLC, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., ANZ SECURITIES, INC., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., MACQUARIE BANK LTD., MACQUARIE GROUP LTD., COMMERZBANK AG, AND JOHN DOES NOS.1-50,

      Defendants.

---------------------------------------------------------------X

Case No. 1:16-cv-05263-AKH

**NOTICE OF THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD.'S MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, CERTIFICATION FOR INTERLOCUTORY APPEAL**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion for Reconsideration or, Alternatively, Certification for Interlocutory Appeal, and the prior filings and proceedings in this case, Defendant Hongkong and Shanghai Banking Corporation Limited ("HBAP") will move this Court before the Honorable Alvin K. Hellerstein at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the court, for reconsideration of the Court's Opinion and Order Granting in Part and Denying in Part Defendants' Motions to Dismiss as to HBAP, dated October 4, 2018, or in the alternative, certification for immediate appeal pursuant to 28 U.S.C. § 1292(b).

Dated:   October 18, 2018
         Washington, D.C.

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Nowell D. Bamberger

Lewis J. Liman
    A Member of the Firm
Charity E. Lee
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
lliman@cgsh.com
charitylee@cgsh.com

Nowell D. Bamberger
    A Member of the Firm
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 974-1500
Fax: (202)-974-1999
nbamberger@cgsh.com

*Attorneys for The Hongkong and Shanghai Banking Corporation Limited*