# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>CITIBANK, N.A., CITIGROUP INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, THE ROYAL BANK OF SCOTLAND GROUP PLC, RBS SECURITIES JAPAN LIMITED, UBS AG, UBS SECURITIES JAPAN CO. LTD., ING GROEP N.V., ING BANK N.V., ING CAPITAL MARKETS LLC, BNP PARIBAS, S.A., BNP PARIBAS NORTH AMERICA, INC., BNP PARIBAS SECURITIES CORP., BNP PARIBAS PRIME BROKERAGE, INC., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT AGRICOLE S.A., CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, STANDARD CHARTERED BANK, STANDARD CHARTERED PLC, DBS BANK LTD., DBS GROUP HOLDINGS LTD., DBS VICKERS SECURITIES (USA) INC., UNITED OVERSEAS BANK LIMITED, UOB GLOBAL CAPITAL LLC, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., ANZ SECURITIES, INC., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, HSBC BANK USA, N.A., HSBC HOLDINGS PLC, HSBC NORTH AMERICA HOLDINGS INC., HSBC USA INC., MACQUARIE BANK LTD., MACQUARIE GROUP LTD., COMMERZBANK AG, AND JOHN DOES NOS. 1-50,<br><br>         Defendants. | Docket No.: 1:16-cv-05263-AKH<br><br><br><br>**NOTICE OF MOTION OF THE SINGAPORE BANKS FOR RECONSIDERATION OR, ALTERNATIVELY, CERTIFICATION FOR INTERLOCUTORY APPEAL** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of the Singapore Banks in Support of Their Motion for Reconsideration Or, Alternatively, Certification for Interlocutory Appeal dated October 18, 2018, and upon all prior pleadings and proceedings herein, defendants DBS Bank Ltd, Oversea-Chinese Banking Corporation Limited, and United Overseas Bank Limited (the "Singapore Banks"), by and through their undersigned counsel, shall move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable Alvin K. Hellerstein, at such time as counsel may be heard, for an order granting the Singapore Banks' motion for reconsideration of the Court's Opinion and Order Granting In Part And Denying In Part Defendants' Motion To Dismiss dated October 4, 2018 (the "Opinion") pursuant to Local Civil Rule 6.3, or, alternatively, certifying the Opinion for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and for such other and further relief as the Court deems just and proper.

Dated: October 18, 2018

| | |
|---|---|
| /s Gary S. Kubek | /s C. Fairley Spillman |
| Gary W. Kubek | C. Fairley Spillman |
| Erica S. Weisgerber | AKIN GUMP STRAUSS HAUER & FELD LLP |
| DEBEVOISE & PLIMPTON LLP | 1333 New Hampshire Avenue, N.W. |
| 919 Third Avenue | Washington, D.C. 20036 |
| New York, New York 10022 | Telephone: (202) 887-4000 |
| Telephone: (212) 909-6000 | fspillman@akingump.com |
| Fax: (212) 909-6836 | |
| gwkubek@debevoise.com | Nicholas Adams |
| eweisgerber@debevoise.com | 580 California Street |
| | San Francisco, CA 94104 |
| *Attorneys for defendant DBS Bank Ltd* | Telephone: (415) 765 9529 |
| | nadams@akingump.com |
| | |
| | *Attorneys for defendant Oversea-Chinese Banking Corporation Limited* |

2

   /s Dale C. Christensen, Jr.
Dale C. Christensen, Jr.
Michael B. Weitman
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Fax: (212) 480-8421
christensen@sewkis.com
weitman@sewkis.com

*Attorneys for defendant United Overseas Bank Limited*

**TABLE OF CONTENTS TO**
**THE SINGAPORE BANKS' MOTION FOR RECONSIDERATION OR,**
<u>**ALTERNATIVELY, CERTIFICATION FOR INTERLOCUTORY APPEAL**</u>

- Notice of Motion of the Singapore Banks' Motion for Reconsideration Or, Alternatively, Certification for Interlocutory Appeal

- Memorandum of the Singapore Banks in Support of Their Motion for Reconsideration Or, Alternatively, Certification for Interlocutory Appeal