IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITIBANK, N.A., et al., <br><br> Defendants. | Docket No. 16-cv-5263 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff FUND LIQUIDATION HOLDINGS LLC in this action. I certify that I am admitted to practice in this Court.

Dated: November 1, 2018

                LOWEY DANNENBERG, P.C.

                Respectfully submitted,

                By:   /s Margaret C. MacLean

                    Margaret C. MacLean
                    44 South Broadway, Suite 1100
                    White Plains, NY  10601
                    Telephone:  914-997-0500
                    Facsimile:  914-997-0035
                    Email: mmaclean@lowey.com

                *Attorney for Plaintiff Fund Liquidation Holdings LLC*