IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P. et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITIBANK, N.A. et al., <br><br> Defendants. | Docket No. 16-cv-05263 (AKH) |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH DEFENDANTS CITIBANK, N.A., CITIGROUP INC., JPMORGAN CHASE & CO., AND JPMORGAN CHASE BANK, N.A.**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Vincent Briganti, and the exhibits attached thereto including the Settlement Agreements, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on a date and time to be set by the Court, for an order granting Plaintiffs' motion for preliminary approval of the Settlement Agreements between (1) Plaintiffs and Citibank, N.A. and Citigroup Inc.; and (2) Plaintiffs and JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.; and the other relief set forth in the proposed order annexed hereto.

Dated: November 15, 2018  **LOWEY DANNENBERG, P.C.**
White Plains, New York

By: /s/ Vincent Briganti
Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914- 997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com

*Counsel for Plaintiffs*

**TABLE OF CONTENTS TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH DEFENDANTS CITIBANK, N.A., CITIGROUP INC., JPMORGAN CHASE & CO., AND JPMORGAN CHASE BANK, N.A.**

- Notice of Motion

- Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Action Settlements with Defendants Citibank, N.A., Citigroup Inc., JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.

- Declaration of Vincent Briganti dated November 15, 2018

    - Exhibits to Declaration of Vincent Briganti:
        - Ex. 1 - Stipulation and Agreement of Settlement as to Defendants Citibank, N.A. and Citigroup Inc. dated May 22, 2018
        - Ex. 2 - Stipulation and Agreement of Settlement as to Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. dated November 14, 2018
        - Ex. 3 - Resume of Lowey Dannenberg, P.C.

- [Proposed] Order Preliminarily Approving Class Action Settlement with Citibank, N.A., Citigroup Inc., JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. and Conditionally Certifying a Settlement Class