# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of themselves and all others similarly situated,<br><br>       Plaintiff,<br><br>      v.<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, AND JOHN DOES NOS. 1-50,<br><br>       Defendants. | Docket No.: 1:16-cv-05263-AKH<br><br>**NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Bank of America, N.A., The Royal Bank of Scotland plc, UBS AG, BNP Paribas, S.A., Oversea-Chinese Banking Corporation Ltd., Deutsche Bank AG, Credit Agricole Corporate and Investment Bank, Credit Suisse AG, Standard Chartered Bank, DBS Bank Ltd., United Overseas Bank Limited, Australia and New Zealand Banking Group, Ltd., The Bank of Tokyo-Mitsubishi UFJ, Ltd., and The Hongkong and Shanghai Banking Corporation Limited in the above-referenced matter, request oral argument and will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice, in whole or in part, the claims asserted in the Third Amended Class Action Complaint.

The grounds for this motion are that the Third Amended Complaint should be dismissed for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted as to all Defendants, and for lack of personal jurisdiction as to certain Defendants.[1] The specific grounds for Defendants' motion to dismiss are set forth in the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Third Amended Class Action Complaint, the accompanying declarations filed contemporaneously therewith, and the exhibits attached thereto.

---

[1] Those Defendants are The Royal Bank of Scotland plc, UBS AG, BNP Paribas, S.A., Oversea-Chinese Banking Corporation Ltd., Credit Agricole Corporate and Investment Bank, Credit Suisse AG, Standard Chartered Bank, DBS Bank Ltd., United Overseas Bank Limited, Australia and New Zealand Banking Group, Ltd., The Bank of Tokyo-Mitsubishi UFJ, Ltd., and The Hongkong and Shanghai Banking Corporation Limited.

Dated: New York, New York
November 15, 2018

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Penny Shane | /s/ Arthur J. Burke |
| Penny Shane | Lawrence J. Portnoy |
| Corey Omer | Arthur J. Burke |
| SULLIVAN & CROMWELL LLP | Paul S. Mishkin |
| 125 Broad Street | Adam G. Mehes |
| New York, New York 10004 | DAVIS POLK & WARDWELL LLP |
| Telephone: (212) 558-4000 | 450 Lexington Avenue |
| Fax: (212) 558-3588 | New York, New York 10017 |
| shanep@sullcrom.com | Telephone: (212) 450-4000 |
| omerc@sullcrom.com | Fax: (212) 701-5800 |
| | lawrence.portnoy@davispolk.com |
| *Attorneys for defendant Australia and New Zealand Banking Group, Ltd.* | arthur.burke@davispolk.com |
| | paul.mishkin@davispolk.com |
| | adam.mehes@davispolk.com |
| | |
| | *Attorneys for defendant Bank of America, N.A.* |
| | |
| /s/ Christopher M. Viapiano | /s/ Stephen J. Obie |
| Christopher M. Viapiano | Jayant W. Tambe |
| Elizabeth A. Cassady | Stephen J. Obie |
| SULLIVAN & CROMWELL LLP | Kelly A. Carrero |
| 1700 New York Avenue, N.W., Suite 700 | JONES DAY |
| Washington, D.C. 20006 | 250 Vesey Street |
| Telephone: (202) 956-7500 | New York, New York 10281 |
| Fax: (202) 293-6330 | Telephone: (212) 326-3939 |
| viapianoc@sullcrom.com | jtambe@jonesday.com |
| cassadye@sullcrom.com | sobie@jonesday.com |
| | kacarrero@jonesday.com |
| Michael P. Devlin | |
| SULLIVAN & CROMWELL LLP | *Attorneys for defendant BNP Paribas S.A.* |
| 125 Broad Street | |
| New York, New York 10004 | |
| Telephone: (212) 558-4000 | |
| Fax: (212) 558-3588 | |
| devlinm@sullcrom.com | |

*Attorneys for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd., n/k/a MUFG Bank, Ltd.*

| | |
|---|---|
| /*s*/  Andrew Hammond | /*s*/  Joel Kurtzberg |
| Andrew Hammond<br>Kim Haviv<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>ahammond@whitecase.com<br>khaviv@whitecase.com<br><br>Darryl S. Lew<br>701 Thirteenth Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>dlew@whitecase.com<br><br>*Attorneys for defendant Crédit Agricole Corporate and Investment Bank* | Herbert S. Washer<br>Elai Katz<br>Joel Kurtzberg<br>Jason M. Hall<br>Adam S. Mintz<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>hwasher@cahill.com<br>ekatz@cahill.com<br>jkurtzberg@cahill.com<br>jhall@cahill.com<br>amintz@cahill.com<br><br>*Attorneys for defendant Credit Suisse AG* |
| /*s*/  Gary W. Kubek | /*s*/  Aidan Synnott |
| Gary W. Kubek<br>Erica S. Weisgerber<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Fax: (212) 909-6836<br>gwkubek@debevoise.com<br>eweisgerber@debevoise.com<br><br>*Attorneys for defendants DBS Bank Ltd.* | Aidan Synnott<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>asynnott@paulweiss.com<br><br>*Attorneys for defendant Deutsche Bank AG* |

| | |
|---|---|
| */s/*  Nowell D. Bamberger | */s/*  C. Fairley Spillman |
| Nowell D. Bamberger<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 974-1500<br>Fax: (202) 974-1999<br>nbamberger@cgsh.com<br><br>Lewis J. Liman<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>lliman@cgsh.com<br><br>*Attorneys for defendant The Hongkong and Shanghai Banking Corporation Limited* | C. Fairley Spillman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>fspillman@akingump.com<br><br>Nicholas Adams<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9529<br>Fax: (415) 765-9501<br>nadams@akingump.com<br><br>*Attorneys for defendant Oversea-Chinese Banking Corporation Limited* |
| */s/*  Fraser L. Hunter, Jr. | */s/*  Marc J. Gottridge |
| Fraser L. Hunter, Jr.<br>David S. Lesser<br>Jamie S. Dycus<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: (212) 230-8800<br>Fax: (212) 230-8888<br>fraser.hunter@wilmerhale.com<br>david.lesser@wilmerhale.com<br>jamie.dycus@wilmerhale.com<br><br>*Attorneys for defendant The Royal Bank of Scotland plc* | Marc J. Gottridge<br>Lisa J. Fried<br>Benjamin A. Fleming<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com<br>lisa.fried@hoganlovells.com<br>benjamin.fleming@hoganlovells.com<br><br>*Attorneys for defendant Standard Chartered Bank* |

| | |
|---|---|
| /*s*/  Peter Sullivan | /*s*/  Dale C. Christensen, Jr. |
| Peter Sullivan | Dale C. Christensen, Jr. |
| Eric J. Stock | Michael B. Weitman |
| Jefferson E. Bell | SEWARD & KISSEL LLP |
| GIBSON, DUNN & CRUTCHER LLP | One Battery Park Plaza |
| 200 Park Avenue | New York, New York 10004 |
| New York, New York 10166-0193 | Telephone: (212) 574-1200 |
| Telephone: (212) 351-4000 | Fax: (212) 480-8421 |
| psullivan@gibsondunn.com | christensen@sewkis.com |
| estock@gibsondunn.com | weitman@sewkis.com |
| jbell@gibsondunn.com | |
| | *Attorneys for defendant United Overseas Bank Limited* |
| Joel S. Sanders | |
| 555 Mission Street, Suite 3000 | |
| San Francisco, California 94105 | |
| Telephone: (415) 393-8200 | |
| jsanders@gibsondunn.com | |
| | |
| *Attorneys for defendant UBS AG* | |

- 6 -