UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., and SONTERRA CAPITAL MASTER FUND, LTD., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITIBANK, N.A., *et al.*<br><br>      Defendants. | Docket No.: 1:16-cv-05263-AKH |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT Nicholas C. Adams is no longer associated with Akin Gump Strauss Hauer & Feld LLP and should be removed from the Court's service list with respect to the above referenced actions. Akin Gump Strauss Hauer & Feld LLP continues to serve as counsel for Defendant Oversea-Chinese Banking Corporation Limited through its attorney: C. Fairley Spillman, and all future correspondence and papers in this action should continue to be directed to her.

DATED: November 16, 2018    Respectfully submitted,

                            */s/ Nicholas C. Adams*
                            Nicholas C. Adams
                            C. Fairley Spillman
                            AKIN GUMP STRAUSS HAUER & FELD LLP
                            580 California Street, Suite 1500
                            San Francisco, CA  94104
                            t: (415) 765-9500
                            f: (415) 765-9501
                            e: nadams@akingump.com

                            *Attorneys for Defendant Oversea-Chinese Banking*
                            *Corporation Limited*