UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P. et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A. et al.,<br><br>Defendants. | No. 16-cv-5263 (AKH)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that, upon the annexed declaration of Moses Silverman, and subject to the approval of the Court, Moses Silverman hereby withdraws as counsel for Deutsche Bank AG and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG in this proceeding.

Dated: New York, New York
       November 15, 2018

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
    Moses Silverman

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
msilverman@paulweiss.com

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P. et al., on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>CITIBANK, N.A. et al.,<br>Defendants. | No. 16-cv-5263 (AKH)<br><br>**DECLARATION OF MOSES SILVERMAN** |

I, MOSES SILVERMAN, declare as follows:

1. I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Deutsche Bank AG in the above-captioned matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I will be retiring on December 31, 2018, and will no longer be a partner of Paul, Weiss.

2. Paul, Weiss will continue to represent Deutsche Bank AG in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2018
New York, New York

By: _____
Moses Silverman

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on November 16, 2018, a true and correct copy of the foregoing was sent by U.S. mail to the following:

>Stela Tipi
>Deutsche Bank AG, Filiale New York
>60 Wall Street
>New York, New York  10005
>*Counsel for Deutsche Bank AG*

Dated:     New York, New York                                              */s/ Moses Silverman*
                November 16, 2018                                                     Moses Silverman