UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/18

---

FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P. et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CITIBANK, N.A. et al.,

Defendants.

No. 16-cv-5263 (AKH)

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

PLEASE TAKE NOTICE that, upon the annexed declaration of Moses Silverman, and subject to the approval of the Court, Moses Silverman hereby withdraws as counsel for Deutsche Bank AG and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Deutsche Bank AG in this proceeding.

Dated: New York, New York
November 15, 2018

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Moses Silverman

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
msilverman@paulweiss.com

SO ORDERED:

_____      11/19/2018
Hon. Alvin K. Hellerstein, U.S.D.J.