UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., *et al.*,<br><br>      Defendants. | Case No. 16-cv-05263-AKH<br><br>ECF Case |

## NOTICE OF ATTORNEY WITHDRAWAL AND ORDER

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, Christopher M. Viapiano hereby moves this Court for entry of an Order (provided below) granting his request to withdraw Daryl A. Libow as counsel for defendant MUFG Bank, Ltd. ("MUFG"), formerly known as The Bank of Tokyo-Mitsubishi UFJ, Ltd., in the above-captioned action and to have Mr. Libow's name, address, and e-mail address removed from the service list (including the ECF service list).

Mr. Libow passed away on November 7, 2018. MUFG will continue to be represented in this matter by Sullivan & Cromwell LLP, and Mr. Libow's withdrawal will not delay resolution of this matter.

Dated:  November 26, 2018

        S/  *Christopher M. Viapiano*
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W.
Suite 700
Washington, D.C.  20006
Tel:  (202) 956-7500
Fax:  (202) 293-6330
viapianoc@sullcrom.com

*Counsel for Defendant MUFG Bank, Ltd., formerly known as The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

IT IS SO ORDERED.

Dated: November __, 2018

                                                       _____
                                                       Hon. Alvin K. Hellerstein
                                                       United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2018, I caused the foregoing to be served on MUFG via e-mail and on all counsel of record via ECF.

                                                  S/ *Christopher M. Viapiano*
                                                  Christopher M. Viapiano