USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FUND LIQUIDATION HOLDINGS
LLC, as assignee and successor-in-
interest to FrontPoint Asian Event
Driven Fund L.P., on behalf of itself and
all others similarly situated,

               Plaintiff,

      v.

CITIBANK, N.A., *et al.*,

               Defendants.

Case No. 16-cv-05263-AKH

ECF Case

## NOTICE OF ATTORNEY WITHDRAWAL AND ORDER

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, Christopher M. Viapiano

hereby moves this Court for entry of an Order (provided below) granting his request to withdraw

Daryl A. Libow as counsel for defendant MUFG Bank, Ltd. ("MUFG"), formerly known as The

Bank of Tokyo-Mitsubishi UFJ, Ltd., in the above-captioned action and to have Mr. Libow's name,

address, and e-mail address removed from the service list (including the ECF service list).

Mr. Libow passed away on November 7, 2018.  MUFG will continue to be represented in

this matter by Sullivan & Cromwell LLP, and Mr. Libow's withdrawal will not delay resolution

of this matter.

So ordered.

*[signature]*

11/27/2018