UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
FRONTPOINT ASIAN EVENT DRIVEN :
FUND, LTD., et al., on behalf of themselves and :
all others similarly situated, :
: 
: **Case No. 16-cv-05263-AKH**
Plaintiffs, :
: 
-against- :
: **NOTICE OF APPEARANCE**
: 
CITIBANK, N.A., et al., :
: 
Defendants. :
: 
: 
: 
: 
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that Isaac M. Rethy of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon the undersigned at the address below. This entry of appearance is subject to and without waiver of any applicable defenses to JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action.

Dated: November 30, 2018
New York, New York

    Respectfully submitted,

    SIMPSON THACHER & BARTLETT LLP

    By:   /s/ Isaac M. Rethy
          Isaac M. Rethy (irethy@stblaw.com)
          425 Lexington Avenue
          New York, New York 10017-3954
          Tel.: (212) 455-2000
          Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*