UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

FUND LIQUIDATION HOLDINGS LLC, as assignee            Plaintiff,

Case No. 1:16-cv-05263-AKH

-against-

CITIBANK, N.A., et al.            Defendant.

-------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Nowell D. Bamberger**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____    My State Bar Number is  989157

I am,
- [ ] An attorney
- [ ] A Government Agency attorney
- [✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cleary Gottlieb Steen & Hamilton LLP
             FIRM ADDRESS: 2000 Pennsylvania Avenue, NW Washington, DC
             FIRM TELEPHONE NUMBER: +1 202 974 1500
             FIRM FAX NUMBER: +1 202 974 1999

NEW FIRM:    FIRM NAME: Cleary Gottlieb Steen & Hamilton LLP
             FIRM ADDRESS: 2112 Pennsylvania Avenue, NW Washington, DC
             FIRM TELEPHONE NUMBER: +1 202 974 1500
             FIRM FAX NUMBER: +1 202 974 1999

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/05/2018                    /s/ Nowell D. Bamberger
                                     ATTORNEY'S SIGNATURE