UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, AND JOHN DOES NOS. 1-50,<br><br>      Defendants. | Docket No.: 1:16-cv-05263-AKH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FILE THE PROPOSED FOURTH AMENDED COMPLAINT** |

Plaintiff Fund Liquidation Holdings LLC, defendants Australia and New Zealand Banking Group, Ltd., Bank of America, N.A., BNP Paribas, S.A., Credit Agricole Corporate and Investment Bank, Credit Suisse AG, DBS Bank Ltd., Deutsche Bank AG, MUFG Bank, Ltd. (formerly The Bank of Tokyo-Mitsubishi UFJ, Ltd.), Standard Chartered Bank, The Royal Bank of Scotland plc, UBS AG, Oversea-Chinese Banking Corporation Ltd., United Overseas Bank Limited, The Hongkong and Shanghai Banking Corporation Limited (together, "Defendants"), and proposed defendants Barclays Bank plc, Commerzbank AG, and ING Bank N.V. (together, "Proposed Defendants," and together with Defendants, "Stipulating Defendants"), by and through their respective undersigned counsel, subject to this Court's approval and to the reservation of rights contained below, hereby agree and stipulate as follows:

WHEREAS, on October 26, 2018, Plaintiff filed the Third Amended Class Action Complaint (Dkt. 308) against Defendants in the above-captioned action;

WHEREAS, on November 15, 2018, Defendants filed a motion to dismiss the Third Amended Class Action Complaint (Dkt. 318), which was fully briefed on December 21, 2018;

WHEREAS, on December 26, 2018, Plaintiff filed a Motion for Leave to Amend and File the Proposed Fourth Amended Complaint (Dkt. 347) (the "Motion for Leave to Amend") that, among other things, sought to name as defendants the Proposed Defendants;

WHEREAS, in light of the upcoming New Year's Day holiday, and the need for Stipulating Defendants to coordinate among 17 different defense counsel firms, Plaintiff and Stipulating Defendants have agreed to the below schedule to respond to the Motion for Leave to Amend;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The time for Stipulating Defendants to file opposition memoranda, if any, to the Motion for Leave to Amend is extended to January 23, 2019.

2.   The time for Plaintiff to file a reply memorandum in support of its Motion for Leave to Amend is extended to February 8, 2019.

3.   No defense of any of the Stipulating Defendants to the claims in the Action, including without limitation defenses based upon lack of personal or subject matter jurisdiction, lack of standing, lack of capacity, improper venue or a defendant having been improperly named, is prejudiced or waived by the execution of, agreement to or filing of this stipulation.

4.   This stipulation may be executed in facsimile or .pdf form, each of which shall be deemed an original. This stipulation, once fully executed, may be submitted to the Court without further notice to any party.

Dated: New York, New York
       January 2, 2019

_____
Vincent Briganti  (ASM)
Geoffrey M. Horn
Peter St. Phillip
Christian P. Levis
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com
clevis@lowey.com

*Attorneys for plaintiff*

*Penny Shane (ASM)*
Penny Shane
Corey Omer
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
shanep@sullcrom.com
omerc@sullcrom.com

*Attorneys for defendant Australia and New Zealand Banking Group, Ltd.*

*Paul S Mishkin (ASM)*
Lawrence J. Portnoy
Arthur J. Burke
Paul S. Mishkin
Adam G. Mehes
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
lawrence.portnoy@davispolk.com
arthur.burke@davispolk.com
paul.mishkin@davispolk.com
adam.mehes@davispolk.com

*Attorneys for defendant Bank of America, N.A.*

*Christopher M. Viapiano (ASM)*
Christopher M. Viapiano
Elizabeth A. Cassady
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
viapianoc@sullcrom.com
cassadye@sullcrom.com

Michael P. Devlin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
devlinm@sullcrom.com

*Attorneys for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd., n/k/a MUFG Bank, Ltd.*

*Stephen J. Obie (ASM)*
Jayant W. Tambe
Stephen J. Obie
Kelly A. Carrero
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
jtambe@jonesday.com
sobie@jonesday.com
kacarrero@jonesday.com

*Attorneys for defendant BNP Paribas S.A.*

_Andrew Hammond (ASM)_
Andrew Hammond
Kim Haviv
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Fax: (212) 354-8113
ahammond@whitecase.com
khaviv@whitecase.com

Darryl S. Lew
701 Thirteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
dlew@whitecase.com

*Attorneys for defendant Crédit Agricole Corporate and Investment Bank*

_Joel Kurtzberg_
Herbert S. Washer
Elai Katz
Joel Kurtzberg
Jason M. Hall
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com
jhall@cahill.com
amintz@cahill.com

*Attorneys for defendant Credit Suisse AG*

_Gary W. Kubek (ASM)_
Gary W. Kubek
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836
gwkubek@debevoise.com
eweisgerber@debevoise.com

*Attorneys for defendant DBS Bank Ltd.*

_Aidan Synnott (ASM)_
Aidan Synnott
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
asynnott@paulweiss.com

*Attorneys for defendant Deutsche Bank AG*

4

*/s/ Nowell D. Bamberger (ASM)*
Nowell D. Bamberger
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 974-1500
Fax: (202)-974-1999
nbamberger@cgsh.com

Lewis J. Liman
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
lliman@cgsh.com

*Attorneys for defendant The Hongkong and Shanghai Banking Corporation Limited*

*/s/ C. Fairley Spillman (ASM)*
C. Fairley Spillman
AKIN GUMP STRAUSS HAUER &
FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
fspillman@akingump.com

*Attorneys for defendant Oversea-Chinese Banking Corporation Limited*

*/s/ David S. Lesser (ASM)*
Fraser L. Hunter, Jr.
David S. Lesser
Jamie S. Dycus
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for defendant The Royal Bank of Scotland plc*

*/s/ Marc J. Gottridge (ASM)*
Marc J. Gottridge
Lisa J. Fried
Benjamin A. Fleming
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for defendant Standard Chartered Bank*

*/s/ Mark A. Kirsch (ASM)*
Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
mkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for defendant UBS AG*

*/s/ Dale C. Christensen Jr. (ASM)*
Dale C. Christensen, Jr.
Michael B. Weitman
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Fax: (212) 480-8421
christensen@sewkis.com
weitman@sewkis.com

*Attorneys for defendant United Overseas Bank Limited*

*/s/ Amanda F. Davidoff (ASM)*
Amanda F. Davidoff
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
Fax: (202) 293-6330
davidoffa@sullcrom.com

*Attorneys for defendant ING Bank N.V.*

*/s/ David R. Gelfand (ASM)*
David R. Gelfand
Mark D. Villaverde
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005
Telephone: (212) 530-5000
dgelfand@milbank.com
mvillaverde@milbank.com

*Attorneys for defendant Commerzbank AG*

6

*/s/ Matthew J. Porpora (AS)*
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

Jonathan D. Schiller
Leigh M. Nathanson
Amos E. Friedland
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com
afriedland@bsfllp.com

Michael Brille
Melissa Felder Zappala
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com
mfelder@bsfllp.com

*Attorneys for defendant Barclays Bank plc*


**SO ORDERED:**

Dated: New York, New York
      January ___, 2019

_____
Hon. Alvin K. Hellerstein
United States District Judge