UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FrontPoint Asian Event Driven Fund, L.P., et al

Plaintiff,

-against-

Citibank, N.A., et al

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/19

1:16 cv 05263 ( AKH )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Catherine E. Creely__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __District of Columbia and Virgina__; and that his/her contact information is as follows (please print):

Applicant's Name: __Catherine C. Creely__

Firm Name: __Akin Gump Strauss Hauer & Feld__

Address: __1333 New Hampshire Avenue, N.W.__

City / State / Zip: __Washington, D.C. 20036__

Telephone / Fax: __202-887-4331/202-887-4288__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Oversea-Chinese Banking Corporation, Ltd.__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/17/2019

United States District /~~Magistrate~~ Judge