UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, AND JOHN DOES NOS. 1-50.<br><br>                    Defendants. | Case No. 1:16-cv-05263 (AKH)<br><br>ECF CASE |

**NOTICE OF BNP PARIBAS, S.A.'S UNOPPOSED MOTION
FOR LEAVE TO FILE DECLARATIONS IN SUPPORT OF THE
MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendant BNP Paribas, S.A. ("BNPP") in the above-captioned matter, respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York on a date and time to be set by the Court, for an order granting BNPP's Unopposed Motion for Leave to File Declarations in support of the Motion to Dismiss the Third Amended Class Action Complaint.

-2-

| | |
|---|---|
| Dated: January 23, 2019 | Respectfully submitted, |
| | |
| | *s/ Stephen J. Obie* |
| | Jayant W. Tambe |
| | Stephen J. Obie |
| | Kelly A. Carrero |
| | JONES DAY |
| | 250 Vesey Street |
| | New York, New York 10281 |
| | Telephone: (212) 326-3939 |
| | jtambe@jonesday.com |
| | sobie@jonesday.com |
| | kacarrero@jonesday.com |
| | |
| | *Counsel for Defendant BNP Paribas, S.A.* |