UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, AND JOHN DOES NOS. 1-50,<br><br>　　　　　　　　　　　　Defendants. | Docket No. 16-cv-05263 (AKH) |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

　　　　Pursuant to Local Civil Rule 1.4, defendants Barclays PLC, Barclays Bank PLC and Barclays Capital Inc. (collectively, "Barclays"), by and through their undersigned counsel, respectfully request the withdrawal of the appearances entered by David H. Braff, Yvonne S. Quinn, Jeffrey T. Scott and Matthew J. Porpora as counsel for Barclays in the above-captioned action. Barclays will continue to be represented in these actions by the law firm of Boies Schiller Flexner LLP.

Dated: February 13, 2019
       New York, New York

                                           */s/* Matthew J. Porpora
                                           David H. Braff
                                           Yvonne S. Quinn
                                           Jeffrey T. Scott
                                           Matthew J. Porpora
                                           SULLIVAN & CROMWELL LLP
                                           125 Broad Street
                                           New York, New York 10004
                                           Telephone: (212) 558-4000
                                           braffd@sullcrom.com
                                           quinny@sullcrom.com
                                           scottj@sullcrom.com
                                           porporam@sullcrom.com

SO ORDERED.
February ___, 2019

                                           _____
                                           The Honorable Alvin K. Hellerstein
                                           United States District Judge