

February 14, 2019

**VIA ECF**
The Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    *FrontPoint Asian Event Driven Fund, L.P., et al. v. Citibank, N.A., et al.*, No. 16-cv-05263 (AKH)

Dear Judge Hellerstein:

    We represent Plaintiff and write with consent on behalf of all parties in the above-captioned matter to request that the Court adjourn the oral argument currently scheduled for March 19, 2019. The parties request this adjournment to accommodate the pre-existing scheduling conflicts of attorneys for Plaintiff that will be participating in the argument.

    We have met and conferred with Defendants and propose rescheduling the argument for any date between April 30 and May 2, 2019, when all parties are available.

    The parties also jointly request clarification regarding which motions the Court intends to address at the argument. There are currently four motions pending before the Court:

1. The Hongkong and Shanghai Banking Corporation Ltd.'s Motion for Reconsideration or, Alternatively, Certification for Interlocutory Appeal (ECF No. 303);

2. The Singapore Banks' Motion for Reconsideration or, Alternatively, Certification for Interlocutory Appeal (ECF No. 305);

3. Defendants' Joint Motion to Dismiss the Third Amended Class Action Complaint (ECF No. 318); and

4. Plaintiff's Motion for Leave to Amend and File the Proposed Fourth Amended Class Action Complaint (ECF No. 347).

    Providing clarification will allow the parties to focus on the matters that the Court considers most important, conserving time and resources for all of those involved.

    Respectfully submitted,

    /s/ Vincent Briganti

cc: Counsel of Record (via ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977  (p) 610-941-2760  (f): 610-862-9777