UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of itself and all others similarly situated,

        Plaintiff,

v.

CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, AND JOHN DOES NOS. 1-50,

        Defendants.

Docket No. 16-cv-05263 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/19

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 1.4, defendants Barclays PLC, Barclays Bank PLC and Barclays Capital Inc. (collectively, "Barclays"), by and through their undersigned counsel, respectfully request the withdrawal of the appearances entered by David H. Braff, Yvonne S. Quinn, Jeffrey T. Scott and Matthew J. Porpora as counsel for Barclays in the above-captioned action. Barclays will continue to be represented in these actions by the law firm of Boies Schiller Flexner LLP.

Dated: February 13, 2019
       New York, New York

                                                        */s/* Matthew J. Porpora
                                                        David H. Braff
                                                        Yvonne S. Quinn
                                                        Jeffrey T. Scott
                                                        Matthew J. Porpora
                                                        SULLIVAN & CROMWELL LLP
                                                        125 Broad Street
                                                        New York, New York 10004
                                                        Telephone: (212) 558-4000
                                                        braffd@sullcrom.com
                                                        quinny@sullcrom.com
                                                        scottj@sullcrom.com
                                                        porporam@sullcrom.com

SO ORDERED.
February 14, 2019

*[signature]*

The Honorable Alvin K. Hellerstein
United States District Judge