UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

FRONTPOINT ASIAN EVENT DRIVEN
FUND, L.P., et al.,

                              Plaintiffs,

-against-

CITIBANK, N.A., et al.,

                              Defendants.

Case No. 16-cv-5263 (AKH)

---

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective February 19, 2019, the law firm Milbank,

Tweed, Hadley & McCloy LLP has changed its name and the address of its New York office to

the following:

**Milbank LLP
55 Hudson Yards
New York, New York 10001**

PLEASE TAKE FURTHER NOTICE that all of the email addresses, telephone numbers,

and facsimile numbers affiliated with the New York office of Milbank LLP will remain the

same.

Dated:  February 19, 2019

                    MILBANK LLP

                    By:  /s/ David R. Gelfand
                    David R. Gelfand
                    Mark D. Villaverde
                    55 Hudson Yards
                    New York, New York 10001
                    Tel:  (212) 530-5000
                    DGelfand@milbank.com
                    MVillaverde@milbank.com

                    *Attorneys for Defendant Commerzbank AG*