UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., et al.,

      Plaintiff,

Case No. 16-cv-5263 (AKH)

-against-

CITIBANK, N.A., et al.,

      Defendant.

-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Mark D. Villaverde**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MV9439    My State Bar Number is: 4229233

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                  FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
                  FIRM TELEPHONE NUMBER: (212) 530-5000
                  FIRM FAX NUMBER: (212) 530-5219

NEW FIRM:    FIRM NAME: Milbank LLP
                    FIRM ADDRESS: 55 Hudson Yards, New York, NY 10001
                  FIRM TELEPHONE NUMBER: (212) 530-5000
                  FIRM FAX NUMBER: (212) 530-5219

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 19, 2019                /s/ Mark D. Villaverde
                                                  ATTORNEY'S SIGNATURE