

February 22, 2019

**BY ECF**
The Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
Danial Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *FrontPoint Asian Event Driven Fund, L.P. v. Citibank N.A.*, No. 16-cv-05263 (AKH)

Dear Judge Hellerstein:

    We represent Plaintiff and write with consent of the Citi and JPMorgan Defendants in the above-captioned matter to follow up on the Court's February 20, 2019 order scheduling oral argument on May 2, 2019 to address four motions pending before the Court. *See* ECF No. 372.

    In addition to those four motions, Plaintiffs also have pending a motion seeking preliminary approval of their settlements with the Citi and JPMorgan Defendants. *See* Mot. for Prelim. Approval of Class Action Settlement, ECF No. 314; *see also* Proposed Order, ECF No. 338.

    We assume the Court does not want to hear oral argument on this unopposed motion seeking preliminary approval of the Citi and JPMorgan settlements, but please let us know if the Court requires any additional information in connection with this motion.

    Respectfully submitted,

    Vincent Briganti

cc: Counsel of Record (by ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777