UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of itself and all others similarly situated,<br><br>         Plaintiff,<br><br>     -against-<br><br>CITIBANK, N.A. et al.,<br><br>         Defendants. | Case No. 16-cv-05263-AKH |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

   Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Francis John Acott as counsel for JPMorgan in the above-referenced action. Francis John Acott is no longer associated with the firm of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Dated:  New York, New York
        February 22, 2019

         Respectfully submitted,

         SIMPSON THACHER & BARTLETT LLP

       By: */s/ Paul C. Gluckow*
         Mary Beth Forshaw (mforshaw@stblaw.com)
         Paul C. Gluckow (pgluckow@stblaw.com)
         Alan C. Turner (aturner@stblaw.com)
         425 Lexington Avenue
         New York, New York 10017
         Tel: (212) 455-2000
         Fax: (212) 455-2502

         Abram J. Ellis (aellis@stblaw.com)
         900 G Street, NW
         Washington, D.C. 20001
         Tel: (202) 636-5500
         Fax: (202) 636-5502

         *Attorneys for Defendants JPMorgan Chase & Co.*
         *and JPMorgan Chase Bank, N.A.*