UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/19

FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of itself and all others similarly situated,

                Plaintiff,

-against-

CITIBANK, N.A. et al.,

                Defendants.

Case No. 16-cv-05263-AKH

So ordered.

/s/ Alvin K. Hellerstein

2/25/2019

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Francis John Acott as counsel for JPMorgan in the above-referenced action. Francis John Acott is no longer associated with the firm of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.



Dated: New York, New York
February 22, 2019

                        Respectfully submitted,

                        SIMPSON THACHER & BARTLETT LLP

                By:    <u>*/s/ Paul C. Gluckow*</u>
                        Mary Beth Forshaw (mforshaw@stblaw.com)
                        Paul C. Gluckow (pgluckow@stblaw.com)
                        Alan C. Turner (aturner@stblaw.com)
                        425 Lexington Avenue
                        New York, New York 10017
                        Tel: (212) 455-2000
                        Fax: (212) 455-2502

                        Abram J. Ellis (aellis@stblaw.com)
                        900 G Street, NW
                        Washington, D.C. 20001
                        Tel: (202) 636-5500
                        Fax: (202) 636-5502

                        *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*