UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

FrontPoint Asian Event Driven
Fund, Ltd. et al,                     Plaintiff,

Case No. 16-cv-05263 (AKH)

-against-

Citibank, N.A. et al              Defendant.
------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Christopher Martin Paparella**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CP8881          My State Bar Number is 2176113

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Hughes Hubbard & Reed LLP
             FIRM ADDRESS: One Battery Park Plaza, New York, NY 10004
             FIRM TELEPHONE NUMBER: 212-837-6000
             FIRM FAX NUMBER: 212-422-4726

NEW FIRM:    FIRM NAME: Steptoe & Johnson LLP
             FIRM ADDRESS: 1114 Avenue of the Americas, New York, NY 10036
             FIRM TELEPHONE NUMBER: 212-506-3900
             FIRM FAX NUMBER: 212-506-3950

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 14, 2019

_____
ATTORNEY'S SIGNATURE