UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

FRONTPOINT ASIAN EVENT DRIVEN FUND, LTD., *et al.*,

            Plaintiffs,

v.

CITIBANK, N.A., *et al.*,

            Defendants.

Case No. 1: 16-cv-05263-AKH

**NOTICE OF CHANGE OF ADDRESS**

---

PLEASE TAKE NOTICE that, **effective as of April 29, 2019**, Hogan Lovells US LLP, will have moved their offices and demand that a copy of all papers in this action **from that date forward** be served upon them at:

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

PLEASE TAKE FURTHER NOTICE that all of the email addresses, telephone numbers, and facsimile numbers affiliated with the New York office of Hogan Lovells US LLP will remain the same.

Dated: April 22, 2019

                                        /s/ Marc J. Gottridge
                                      Marc J. Gottridge
                                      Lisa J. Fried
                                      Benjamin A. Fleming
875 Third Avenue
New York, NY 10022
(212) 918-3000
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Standard Chartered Bank and Standard Chartered plc.*