UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

FrontPoint Asian Event Driven Fund, Ltd. et al

      Plaintiff,

Case No. 1:16-cv-05263-AKH

    -against-

Citibank, N.A. et al

      Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

    Marc J. Gottridge
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MG1616    My State Bar Number is 1181221

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Hogan Lovells US LLP
              FIRM ADDRESS: 875 3rd Ave, New York, NY 10022
              FIRM TELEPHONE NUMBER: (212) 918-3000
              FIRM FAX NUMBER: (212) 918-3100

NEW FIRM:    FIRM NAME: Hogan Lovells US LLP
              FIRM ADDRESS: 390 Madison Ave, New York, NY 10017
              FIRM TELEPHONE NUMBER: (212) 918-3000
              FIRM FAX NUMBER: (212) 918-3100

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 22, 2019              /s/ Marc J. Gottridge
                                        ATTORNEY'S SIGNATURE