UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
FrontPoint Asian Event Driven          Case No.  1:16-cv-05263-AKH
Fund, Ltd. et al       Plaintiff,

     -against-

Citibank, N.A. et al
         Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑    I have cases pending        ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Lisa J. Fried
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LF1959_____    My State Bar Number is  4112785_____

I am,

☑    An attorney
☐    A Government Agency attorney
☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Hogan Lovells US LLP_____
              FIRM ADDRESS: 875 3rd Ave, New York, NY 10022_____
              FIRM TELEPHONE NUMBER: (212) 918-3000_____
              FIRM FAX NUMBER: (212) 918-3100_____

NEW FIRM:    FIRM NAME: Hogan Lovells US LLP_____
              FIRM ADDRESS: 390 Madison Ave, New York, NY 10017_____
              FIRM TELEPHONE NUMBER: (212) 918-3000_____
              FIRM FAX NUMBER: (212) 918-3100_____

☑    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____.

Dated: April 22, 2019          /s/ Lisa J. Fried
                         _____
                         ATTORNEY'S SIGNATURE