UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

FrontPoint Asian Event Driven
Fund, Ltd. et al       Plaintiff,

Case No.  1:16-cv-05263-AKH

-against-

Citibank, N.A. et al

      Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑     I have cases pending       ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Benjamin A. Fleming
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BF5299       My State Bar Number is 4996609

I am,

☑     An attorney

☐     A Government Agency attorney

☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:       FIRM NAME:  Hogan Lovells US LLP
      FIRM ADDRESS:  875 3rd Ave, New York, NY 10022
      FIRM TELEPHONE NUMBER:  (212) 918-3000
      FIRM FAX NUMBER:  (212) 918-3100

NEW FIRM:       FIRM NAME:  Hogan Lovells US LLP
      FIRM ADDRESS:  390 Madison Ave, New York, NY 10017
      FIRM TELEPHONE NUMBER:  (212) 918-3000
      FIRM FAX NUMBER:  (212) 918-3100

☑     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  April 22, 2019

/s/ Benjamin A. Fleming
ATTORNEY'S SIGNATURE