UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

FrontPoint Asian Event Drive Fund, Ltd., et al     Plaintiff,     Case No. 1:16-cv-05263-AKH

-against-

Citibank, N.A., et al     Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Catherine Fairley Spillman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is 384879_____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Akin Gump Strauss Hauer & Feld, LLP
              FIRM ADDRESS: 1333 New Hampshire Avenue, N.W.
              FIRM TELEPHONE NUMBER: Washington, D.C. 20036
              FIRM FAX NUMBER: Ph: 202-887-4409, Fax: 202-887-4288

NEW FIRM:     FIRM NAME: Akin Gump Strauss Hauer & Feld, LLP
              FIRM ADDRESS: 2001 K Street, N.W.
              FIRM TELEPHONE NUMBER: Washington, D.C. 220006
              FIRM FAX NUMBER: Ph: 202-887-4409, Fax: 202-887-4288

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 28, 2019

Catherine Fairley Spillman
ATTORNEY'S SIGNATURE