UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

                                                                                                 Case No.
                                                             Plaintiff,

      -against-

                                                            Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending             ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

        ☐    An attorney

        ☐    A Government Agency attorney

        ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
                  FIRM ADDRESS:_____
                  FIRM TELEPHONE NUMBER:_____
                  FIRM FAX NUMBER:_____

NEW FIRM:     FIRM NAME:_____
                  FIRM ADDRESS:_____
                  FIRM TELEPHONE NUMBER:_____
                  FIRM FAX NUMBER:_____

        ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                                        _____
                                                        ATTORNEY'S SIGNATURE