UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FUND LIQUIDATION HOLDINGS LLC, as
Assignee and successor-in-interest to FrontPoint
Asian Event Driven Fund L.P., on behalf of
itself and all others similarly situated,
                                    Plaintiff,

    -against-

CITIBANK, N.A., BANK OF AMERICA, N.A.,
JPMORGAN CHASE BANK, N.A., THE
ROYAL BANK OF SCOTLAND PLC, UBS AG,
BNP PARIBAS, S.A., OVERSEA-CHINESE
BANKING CORPORATION LTD., DEUTSCHE
BANK AG, CREDIT AGRICOLE CORPORATE
AND INVESTMENT BANK, CREDIT SUISSE
AG, STANDARD CHARTERED BANK, DBS
BANK LTD., UNITED OVERSEAS BANK
LIMITED, AUSTRALIA AND NEW ZEALAND
BANKING GROUP, LTD., THE BANK OF
TOKYO-MITSUBISHI UFJ, LTD., THE
HONGKONG AND SHANGHAI BANKING
CORPORATION LIMITED, AND JOHN DOES
NOS. 1-50,
                                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/19

16 CIVIL 5263 (AKH)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 26, 2019, and because the APA does not effect the assignment of claims from FrontPoint to FLH, plaintiff lacks standing to bring its antitrust and breach of the implied covenant of good faith and fair dealing claims. Defendants' motion to dismiss the case is granted. The motions for preliminary approval of the class settlements and to file a Fourth Amended Complaint are also denied and judgment is granted as to defendants; accordingly, the case is closed.

**Dated:** New York, New York
July 26, 2019

                              RUBY J. KRAJICK
                              _____
                              **Clerk of Court**
                    BY:       *Kmango*
                              _____
                              **Deputy Clerk**