

July 31, 2019

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Fund Liquidation Holdings LLC v. Citibank N.A.*, No. 16-cv-05263 (AKH)

Dear Judge Hellerstein:

    Pursuant to the Court's July 25, 2019 Order, attached is the Asset Purchase Agreement dated July 13, 2011, by Fund Liquidation Holdings LLC and FrontPoint Asian Event Driven Fund, L.P. originally filed under seal as Exhibit 35 to the Declaration of Geoffrey Horn submitted in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint [ECF 250].

                                                    Respectfully submitted,

                                                    /s/ Geoffrey M. Horn