UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., on behalf of itself and all others similarly situated,<br><br>                                     Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, AND JOHN DOES NOS. 1-50<br>                                     Defendants. | Docket No. 16 Civ. 5263 (AKH)<br>ECF Case |

**NOTICE IS HEREBY GIVEN** that Plaintiff, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's July 26, 2019 Opinion and Order (ECF No. 393) and July 26, 2019 Judgment (ECF No. 394) dismissing this action, and all other orders entered in the case that were adverse, either in whole or in part, to Plaintiff.

Dated: August 26, 2019
       White Plains, New York

Respectfully submitted,

By: /s/ Vincent Briganti
Vincent Briganti
Geoffrey M. Horn
Peter St. Phillip
Margaret C. MacLean
Christian P. Levis
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: vbriganti@lowey.com
      ghorn@lowey.com
      pstphillip@lowey.com
      mmaclean@lowey.com
      clevis@lowey.com