Case 1:16-cv-05263-AKH   Document 408   Filed 08/20/20   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., ET AL. V. CITIBANK, N.A., ET AL. | Case No. 16-cv-5263 |

## DECLARATION OF JONATHAN D. SCHILLER

JONATHAN D. SCHILLER declares as follows:

1. I am a managing partner of Boies Schiller Flexner LLP ("Boies Schiller Flexner") located in New York, New York.

2. Defendants Barclays Bank PLC, Barclays PLC, and Barclays Capital Inc. (collectively, "Barclays") are represented by the law firms of Boies Schiller Flexner and Sullivan & Cromwell LLP ("Sullivan & Cromwell") in the above-referenced action (the "Action").

3. The following former or current attorneys from Boies Schiller Flexner have appeared in the Action as counsel for Barclays: Jonathan David Schiller, Michael Brille, and Melissa Brooke Felder Zappala.

4. Upon the Court's granting of the accompanying motion for withdrawal of appearance, Boies Schiller Flexner, including each of the above-listed attorneys, will cease representing Barclays in the Action.

5. Sullivan & Cromwell will continue to represent Barclays in the Action, and the withdrawal of the above-listed Boies Schiller Flexner attorneys will not prejudice Barclays.

6. No hearings or conferences are currently scheduled in the Action.

7. Neither Boies Schiller Flexner nor any of its attorneys is asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2020

                                           <u>/s/ Jonathan D. Schiller</u>
                                           Jonathan D. Schiller
                                           BOIES SCHILLER FLEXNER LLP
                                           55 Hudson Yards
                                           New York, New York 10001
                                           (212) 446-2300
                                           JSchiller@BSFLLP.com