# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, L.P., ET AL. V. CITIBANK, N.A., ET AL. | Docket No.: 16-cv-05263-AKH<br><br>Hon. Alvin K. Hellerstein |

# ORDER

Upon the motion of Elizabeth A. Cassady for leave to withdraw as counsel for defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.) ("MUFG Bank"),

**IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated: New York, New York

May 24, 2021

/s/ Hon. Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE