# CAHILL GORDON & REINDEL LLP
# 32 OLD SLIP
# NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 24 MONUMENT STREET | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | LONDON EC3R 8AJ | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | WRITER'S DIRECT NUMBER | JONATHAN A. SCHAFFZIN | ‡ ADMITTED IN DC ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG | | DARREN SILVER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

(212) 701-3120

Upon the parties' request, the status conference previously scheduled for July 9, 2021, is hereby adjourned to August 24, 2021, at 2:30 p.m.

June 23, 2021

So ordered.
/s/ Hon. Alvin K. Hellerstein
June 24, 2021

Re: *FrontPoint Asian Event Driven Fund, L.P., et al.* v. *Citibank, N.A.*, et al., No. 16-cv-05263 (AKH)

Dear Judge Hellerstein:

We represent Credit Suisse AG and write with the consent on behalf of all parties in the above-captioned matter to request that the Court adjourn the conference currently scheduled for July 9, 2021 to accommodate pre-planned travel schedules. This is the first request for an adjournment, and the requested adjournment will not impact any other deadlines in this case.

The parties have met and conferred concerning their respective schedules and are available through August 31, 2021 except on July 5-16, July 21, and August 5-9.

Respectfully submitted,

/s/ Joel Kurtzberg

Joel Kurtzberg

The Honorable Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

BY ECF

cc: Counsel of Record