UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRONTPOINT ASIAN EVENT DRIVEN FUND, LTD., ET AL.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CITIBANK N.A., ET AL.,<br><br>                    Defendants. | No. 1:16-cv-05263-AKH<br><br>**NOTICE OF WITHDRAWAL OF WILMER CUTLER PICKERING HALE AND DORR LLP AND [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that, based on the accompanying declaration, the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") hereby withdraws as counsel of record for Defendants The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc), The Royal Bank of Scotland plc (n/k/a NatWest Markets plc), and RBS Securities Japan Limited (collectively, "Defendants") in the above-captioned matter. In particular, the following counsel withdraw from this action and respectfully request that their names and email addresses be removed from the official docket:

- Jamie S. Dycus
- Fraser L. Hunter, Jr.

Dated: August 24, 2021

/s/ Jamie S. Dycus
Jamie S. Dycus
WILMER HALE CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
jamie.dycus@wilmerhale.com

*Counsel for The Royal Bank of Scotland Group plc (n/k/a NatWest Group plc), The Royal Bank of Scotland plc (n/k/a NatWest Markets plc), and RBS Securities Japan Limited.*

**SO ORDERED.**

Dated: _____August 25_____, 2021      /s/ Hon. Alvin K. Hellerstein
_____
The Honorable Alvin K. Hellerstein
United States District Judge