UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
FRONTPOINT ASIAN EVENT DRIVEN FUND, LTD, *et al.*,

                Plaintiffs,

v.

CITIBANK, N.A., *et al.*,

                Defendants
---------------------------------------------------------------- x

**ORDER GRANTING MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

16 Civ. 5263 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I held a status conference on Thursday, October 21, 2021. I ordered as follows:

    1. Plaintiffs' Motion for Leave to File the Fourth Amended Class Action Complaint, ECF No. 347, is granted, with consent and without waiver of, or prejudice to, any defenses. The Clerk of the Court shall terminate ECF No. 347.

    2. All motions to dismiss the Fourth Amended Complaint, on jurisdictional or substantive grounds, or and party to the Complaint, shall be filed by November 24, 2021. Opposition papers shall be filed by December 23, 2021. Reply papers shall be filed by January 13, 2022. These dates are not adjournable.

    SO ORDERED.

Dated:    October 21, 2021                /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                                   United States District Judge