UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., MOON CAPITAL PARTNERS MASTER FUND LTD., and MOON CAPITAL MASTER FUND LTD., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS BANK PLC, DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., ING BANK, N.V., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, COMMERZBANK AG, AND JOHN DOES NOS. 1-50,<br><br>    Defendants. | Docket No.: 1:16-cv-05263-AKH<br><br>**NOTICE OF DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FOURTH AMENDED <u>CLASS ACTION COMPLAINT</u>** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendants[1] respectfully move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge at the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order granting Defendants leave to file a brief of no more than five (5) pages in response to the Sur-Reply Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Fourth Amended Class Action Complaint filed by Plaintiffs Moon Capital Partners Master Fund Ltd., Moon Capital Master Fund Ltd., and Fund Liquidation Holdings LLC on January 28, 2022 (ECF No. 463).

---

[1] The "Defendants" are Australia and New Zealand Banking Group, Ltd. ("ANZ"), Bank of America, N.A., Barclays Bank PLC, BNP Paribas, S.A., Commerzbank AG, Crédit Agricole Corporate and Investment Bank ("CACIB"), DBS Bank Ltd., MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.), Oversea-Chinese Banking Corporation Ltd., The Royal Bank of Scotland plc (n/k/a NatWest Markets plc), Standard Chartered Bank, UBS AG ("UBS"), and United Overseas Bank Ltd.

Dated: New York, New York
February 4, 2022[2]

| | |
|---|---|
| */s/ Penny Shane* | */s/ Arthur J. Burke* |
| Penny Shane | Lawrence Portnoy |
| SULLIVAN & CROMWELL LLP | Arthur J. Burke |
| 125 Broad Street | Paul S. Mishkin |
| New York, New York 10004 | Adam G. Mehes |
| Telephone: (212) 558-4000 | DAVIS POLK & WARDWELL LLP |
| Fax: (212) 558-3588 | 450 Lexington Avenue |
| shanep@sullcrom.com | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| Brendan P. Cullen | Fax: (212) 701-5800 |
| SULLIVAN & CROMWELL LLP | lawrence.portnoy@davispolk.com |
| 1870 Embarcadero Road | arthur.burke@davispolk.com |
| Palo Alto, California 94303 | paul.mishkin@davispolk.com |
| Telephone: (650) 461-5600 | adam.mehes@davispolk.com |
| Fax: (650) 461-5700 | |
| cullenb@sullcrom.com | *Attorneys for defendant Bank of America, N.A.* |
| *Attorneys for defendant Australia and New Zealand Banking Group, Ltd.* | |
| */s/ Jeffrey T. Scott* | */s/ Jayant W. Tambe* |
| Jeffrey T. Scott | Jayant W. Tambe |
| Matthew J. Porpora | Kelly A. Carrero |
| Stephen H. O. Clarke | JONES DAY |
| SULLIVAN & CROMWELL LLP | 250 Vesey Street |
| 125 Broad Street | New York, New York 10281 |
| New York, New York 10004 | Telephone: (212) 326-3939 |
| Telephone: (212) 558-4000 | Fax: (212) 755-7306 |
| Fax: (212) 558-3588 | jtambe@jonesday.com |
| scottj@sullcrom.com | kacarrero@jonesday.com |
| porporam@sullcrom.com | |
| clarkest@sullcrom.com | *Attorneys for defendant BNP Paribas, S.A.* |
| *Attorneys for defendant Barclays Bank PLC* | |

---

[2] All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules & Instructions, as of February 1, 2021.

| | |
|---|---|
| */s/ David R. Gelfand* | */s/ Andrew Hammond* |
| David R. Gelfand<br>MILBANK LLP<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 530-5000<br>Fax: (212) 530-5219<br>dgelfand@milbank.com<br><br>Mark D. Villaverde<br>MILBANK LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, California 90067<br>Telephone: (424) 386-4000<br>Fax: (213) 892-4743<br>mvillaverde@milbank.com<br><br>*Attorneys for defendant Commerzbank AG* | Andrew Hammond<br>Kimberly Anne Havlin<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Fax: (212) 354-8113<br>ahammond@whitecase.com<br>kim.havlin@whitecase.com<br><br>Darryl S. Lew<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Fax: (202) 639-9355<br>dlew@whitecase.com<br><br>*Attorneys for defendant Crédit Agricole Corporate and Investment Bank* |
| */s/ Erica S. Weisgerber* | */s/ Christopher M. Viapiano* |
| Erica S. Weisgerber<br>Matthew D. Forbes<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Fax: (212) 909-6836<br>eweisgerber@debevoise.com<br>mforbes@debevoise.com<br><br>*Attorneys for defendant DBS Bank Ltd.* | Christopher M. Viapiano<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W., Suite 700<br>Washington, D.C. 20006<br>Telephone: (202) 956-7500<br>Fax: (202) 293-6330<br>viapianoc@sullcrom.com<br><br>*Attorney for defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* |

| | |
|---|---|
| */s/ C. Fairley Spillman*<br>C. Fairley Spillman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4409<br>fspillman@akingump.com<br><br>*Attorney for defendant Oversea-Chinese Banking Corporation, Ltd.* | */s/ David S. Lesser*<br>David S. Lesser<br>Laura Harris<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>dlesser@kslaw.com<br>lharris@kslaw.com<br><br>G. Patrick Montgomery<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>2nd Floor<br>Washington, D.C. 20006<br>Telephone: (202) 737-0500<br>pmontgomery@kslaw.com<br><br>*Attorneys for defendant The Royal Bank of Scotland plc (n/k/a NatWest Markets plc)* |
| */s/ Marc J. Gottridge*<br>Marc J. Gottridge<br>Lisa J. Fried<br>HERBERT SMITH FREEHILLS NEW YORK LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (917) 542-7600<br>marc.gottridge@hsf.com<br>lisa.fried@hsf.com<br><br>Benjamin A. Fleming<br>HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>benjamin.fleming@hoganlovells.com<br><br>*Attorneys for defendant Standard Chartered Bank* | */s/ Eric J. Stock*<br>Mark A. Kirsch<br>Eric J. Stock<br>Jefferson E. Bell<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Fax: (212) 351-4035<br>mkirsch@gibsondunn.com<br>estock@gibsondunn.com<br>jbell@gibsondunn.com<br><br>*Attorneys for defendant UBS AG* |

*/s/ Dale C. Christensen, Jr.*
Dale C. Christensen, Jr.
Michael G. Considine
Noah Czarny
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Fax: (212) 480-8421
christensen@sewkis.com
considine@sewkis.com
czarny@sewkis.com

*Attorneys for defendant United Overseas Bank Limited*