UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., MOON CAPITAL PARTNERS MASTER FUND LTD., and MOON CAPITAL MASTER FUND LTD., on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>       v.<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS BANK PLC, DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., ING BANK, N.V., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, COMMERZBANK AG, AND JOHN DOES NOS. 1-50,<br><br>                        Defendants. | Docket No.: 1:16-cv-05263-AKH<br><br>**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FOURTH AMENDED <u>CLASS ACTION COMPLAINT</u>** |

This Court granted Plaintiffs leave to file a sur-reply (the "Sur-Reply") of no more than five (5) pages (ECF No. 463) so that Plaintiffs could address the Second Circuit's decision in *Schwab Short-Term Bond Market Fund* v. *Lloyds Banking Group PLC*, 22 F.4th 103 (2d Cir. 2021) ("*Schwab II*"), which was decided after Plaintiffs filed their opposition to the undersigned Defendants' motion to dismiss the Fourth Amended Class Action Complaint.[1] Plaintiffs' Sur-Reply mischaracterizes *Schwab II* by claiming that the decision supports Plaintiffs' positions that the Moon Plaintiffs are efficient enforcers of the antitrust laws and that the Moon Plaintiffs' two alleged transactions with one defendant establish conspiracy jurisdiction over all Defendants. (Sur-Reply at 1-4.) Further, the Sur-Reply contains arguments about the timeliness of the Moon Plaintiffs' claims that have nothing to do with *Schwab II* and are a belated and procedurally improper attempt to plug a glaring hole in Plaintiffs' opposition to Defendants' motion to dismiss. (Sur-Reply at 5.)

Defendants should be permitted to respond to these arguments, which were raised for the first time in the Sur-Reply. As movants, Defendants are "shouldered with the ultimate burden on the motion and [] therefore should be (for reasons of judicial efficiency and simple fairness) afforded the last word on the motion." *Estate of Loveria* v. *Portadam, Inc.*, 2010 WL 11541909, at *2 (N.D.N.Y. June 9, 2010). Moreover, permitting Defendants to respond to Plaintiffs' Sur-Reply would allow the Court to decide Defendants' Motion to Dismiss with the benefit of a complete record that includes full briefing on *Schwab II*, which is an important decision on key issues of law. *Broadfoot* v. *Barrick Gold Corp.*, 2017 WL 3738444, at *1 (S.D.N.Y. Aug. 9, 2017) (granting permission to file a sur-sur-reply in order to "engage now in a fuller examination of" an issue before the court).

---

[1] Unless otherwise indicated, all capitalized terms have the same meaning ascribed to them in Defendants' Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Fourth Amended Class Action

Accordingly, Defendants respectfully request that the Court grant Defendants leave to file a brief in response to Plaintiffs' Sur-Reply of no more than five (5) pages that is substantially the same in form and substance as the proposed brief attached hereto as Exhibit A.

Dated: New York, New York
February 4, 2022[2]

| | |
|---|---|
| /s/ Penny Shane | /s/ Arthur J. Burke |
| Penny Shane | Lawrence Portnoy |
| SULLIVAN & CROMWELL LLP | Arthur J. Burke |
| 125 Broad Street | Paul S. Mishkin |
| New York, New York 10004 | Adam G. Mehes |
| Telephone: (212) 558-4000 | DAVIS POLK & WARDWELL LLP |
| Fax: (212) 558-3588 | 450 Lexington Avenue |
| shanep@sullcrom.com | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| Brendan P. Cullen | Fax: (212) 701-5800 |
| SULLIVAN & CROMWELL LLP | lawrence.portnoy@davispolk.com |
| 1870 Embarcadero Road | arthur.burke@davispolk.com |
| Palo Alto, California 94303 | paul.mishkin@davispolk.com |
| Telephone: (650) 461-5600 | adam.mehes@davispolk.com |
| Fax: (650) 461-5700 | |
| cullenb@sullcrom.com | *Attorneys for defendant Bank of America, N.A.* |
| *Attorneys for defendant Australia and New Zealand Banking Group, Ltd.* | |

---

Complaint (ECF No. 447) (the "Opening Brief" or "Br."). All internal quotation marks and citations are omitted.

[2] All electronic signatures ("/s/") are signed with consent of counsel pursuant to Rule 8.5 of this Court's Electronic Case Filing Rules & Instructions, as of February 1, 2021.

*/s/ Jeffrey T. Scott*
Jeffrey T. Scott
Matthew J. Porpora
Stephen H. O. Clarke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
scottj@sullcrom.com
porporam@sullcrom.com
clarkest@sullcrom.com

*Attorneys for defendant Barclays Bank PLC*

*/s/ Jayant W. Tambe*
Jayant W. Tambe
Kelly A. Carrero
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
jtambe@jonesday.com
kacarrero@jonesday.com

*Attorneys for defendant BNP Paribas, S.A.*

*/s/ David R. Gelfand*
David R. Gelfand
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Fax: (212) 530-5219
dgelfand@milbank.com

Mark D. Villaverde
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Fax: (213) 892-4743
mvillaverde@milbank.com

*Attorneys for defendant Commerzbank AG*

*/s/ Andrew Hammond*
Andrew Hammond
Kimberly Anne Havlin
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
ahammond@whitecase.com
kim.havlin@whitecase.com

Darryl S. Lew
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
dlew@whitecase.com

*Attorneys for defendant Crédit Agricole Corporate and Investment Bank*

| | |
|---|---|
| */s/ Erica S. Weisgerber* | */s/ Christopher M. Viapiano* |
| Erica S. Weisgerber<br>Matthew D. Forbes<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Fax: (212) 909-6836<br>eweisgerber@debevoise.com<br>mforbes@debevoise.com<br><br>*Attorneys for defendant DBS Bank Ltd.* | Christopher M. Viapiano<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W., Suite 700<br>Washington, D.C. 20006<br>Telephone: (202) 956-7500<br>Fax: (202) 293-6330<br>viapianoc@sullcrom.com<br><br>*Attorney for defendant MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.)* |
| */s/ C. Fairley Spillman* | */s/ David S. Lesser* |
| C. Fairley Spillman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4409<br>fspillman@akingump.com<br><br>*Attorney for defendant Oversea-Chinese Banking Corporation, Ltd.* | David S. Lesser<br>Laura Harris<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>dlesser@kslaw.com<br>lharris@kslaw.com<br><br>G. Patrick Montgomery<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, N.W.<br>2nd Floor<br>Washington, D.C. 20006<br>Telephone: (202) 737-0500<br>pmontgomery@kslaw.com<br><br>*Attorneys for defendant The Royal Bank of Scotland plc (n/k/a NatWest Markets plc)* |

/s/ Marc J. Gottridge
Marc J. Gottridge
Lisa J. Fried
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (917) 542-7600
marc.gottridge@hsf.com
lisa.fried@hsf.com

Benjamin A. Fleming
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
benjamin.fleming@hoganlovells.com

*Attorneys for defendant Standard Chartered Bank*

/s/ Dale C. Christensen, Jr.
Dale C. Christensen, Jr.
Michael G. Considine
Noah Czarny
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Fax: (212) 480-8421
christensen@sewkis.com
considine@sewkis.com
czarny@sewkis.com

*Attorneys for defendant United Overseas Bank Limited*

/s/ Eric J. Stock
Mark A. Kirsch
Eric J. Stock
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Fax: (212) 351-4035
mkirsch@gibsondunn.com
estock@gibsondunn.com
jbell@gibsondunn.com

*Attorneys for defendant UBS AG*