UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., MOON CAPITAL PARTNERS MASTER FUND LTD., and MOON CAPITAL MASTER FUND LTD., on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>    - against -<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS BANK PLC, DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK, LTD., ING BANK, N.V., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, COMMERZBANK AG, AND JOHN DOES NOS. 1- 50,<br><br>                  Defendants. | Docket No. 16-cv-5263 (AKH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kathryn Salvaggio of Gibson, Dunn & Crutcher LLP, admitted to the Bar of this Court, hereby enters her appearance in the above-captioned action as counsel for Defendant UBS AG.

Dated:  May 18, 2022

Respectfully submitted,

*/s/ Kathryn Salvaggio*
Kathryn Salvaggio
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193
Telephone:  (212) 351-4000
KSalvaggio@gibsondunn.com

*Attorney for UBS AG*