UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>   v.<br><br>CITIBANK N.A., et al.,<br><br>      Defendants. | DOCKET NO. 16-cv-5263 (AKH) |

### NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on May 25, 2022, pursuant to 28 U.S.C. § 1715 (Class Action Fairness Act of 2005), Defendant ING Bank N.V. caused notification of the proposed class action settlement with the putative plaintiff class in the above-captioned action to be provided to each of the appropriate federal and state officials by FedEx.

Dated: Washington, D.C.
    May 25, 2022

                Respectfully submitted,

                s/ *Amanda F. Davidoff*
                Amanda F. Davidoff
                SULLIVAN & CROMWELL LLP
                1700 New York Avenue NW
                Suite 700
                Washington, D.C.  20006
                davidoffa@sullcrom.com
                Tel:  (202) 956-7500
                Fax:  (202) 956-6993

                *Counsel for Defendant ING Bank N.V.*