# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUND LIQUIDATION HOLDINGS LLC, as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund L.P., MOON CAPITAL PARTNERS MASTER FUND LTD., and MOON CAPITAL MASTER FUND LTD., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., BANK OF AMERICA, N.A., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, UBS AG, BNP PARIBAS, S.A., OVERSEA-CHINESE BANKING CORPORATION LTD., BARCLAYS BANK PLC, DEUTSCHE BANK AG, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, STANDARD CHARTERED BANK, DBS BANK LTD., ING BANK, N.V., UNITED OVERSEAS BANK LIMITED, AUSTRALIA AND NEW ZEALAND BANKING GROUP, LTD., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, COMMERZBANK AG, AND JOHN DOES NOS. 1-50,<br><br>Defendants. | Docket No.: 16-cv-5263 (AKH) |

## [PROPOSED] ORDER
## AMENDING ORDERS PRELIMINARILY APPROVING SETTLELMENTS

i

WHEREAS, the Court issued orders preliminarily approving the class action settlements (the "Settlements") in this Action between Plaintiffs[1] and Settling Defendants[2] on June 9, 2022 (ECF Nos. 509-515) (the "June 9 Orders"); and

WHEREAS, the parties propose to extend the following deadlines contained in the June 9 Orders, specifically: (a) the September 19, 2022 notice mailing deadline; (b) the October 3, 2022 deadline to file the declaration of the Settlement Administrator attesting to its compliance with the Notice Plan; (c) the October 3, 2022 deadline to file motions for final approval of the Settlements and for payment of attorneys' fees, reimbursement of expenses, and incentive awards; (d) the October 17, 2022 deadline file a Request for Exclusion from the Settlements; and (e) the October 17, 2022 deadline to object to the Settlements and related relief.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The June 9 Orders are modified to the extent described herein.

2. The deadline to substantially complete mailing of the Class Notice shall be extended from September 19, 2022 to **October 3, 2022**;

3. The deadline for the Settlement Administrator to file a sworn statement attesting to compliance with the notice provisions shall be extended from October 3, 2022 to **October 10, 2022**;

---

[1] "Plaintiffs" are Fund Liquidation Holdings, LLC, individually and as assignee and successor-in-interest to FrontPoint Asian Event Driven Fund, L.P. and Sonterra Capital Master Fund, Ltd., Moon Capital Partners Master Fund Ltd., and Moon Capital Master Fund Ltd.

[2] "Settling Defendants" are (1) Citibank, N.A. and Citigroup Inc., (2) JPMorgan Chase & Co., (3) The Hongkong and Shanghai Banking Corporation Limited, (4) Credit Suisse AG, (5) Deutsche Bank AG ("Deutsche Bank"), (6) ING Bank N.V., (7) Australia and New Zealand Banking Group, Ltd., (8) Bank of America, N.A., (9) Barclays Bank PLC, (10) BNP Paribas, S.A., (11) Commerzbank AG, (12) Crédit Agricole Corporate and Investment Bank, (13) DBS Bank Ltd., (14) MUFG Bank, Ltd. (f/k/a The Bank of Tokyo-Mitsubishi UFJ, Ltd.), (15) Oversea-Chinese Banking Corporation Limited, (16) The Royal Bank of Scotland plc (n/k/a NatWest Markets plc), (17) Standard Chartered Bank, (18) UBS AG, and (19) United Overseas Bank Limited.

4. The deadline for Class Counsel to file their motions for payment of attorneys' fees and reimbursement of expenses, incentive awards, and for final approval of the Settlements shall be extended from October 3, 2022 to **October 10, 2022**;

5. The deadline to submit any Request for Exclusion from the Settlements (the "Exclusion Bar Date") shall be extended from October 17, 2022 to **October 31, 2022**;

6. The deadline to file any objections or any request to be heard shall be extended from October 17, 2022 to **October 31, 2022**;

7. There will be no change to the scheduled Fairness Hearing, which will be held on **November 29, 2022 at 12:00 p.m.** in Courtroom 14D of this Courthouse before the undersigned, to consider the fairness, reasonableness, and adequacy of the Settlement Agreement.

8. Class Counsel are directed to post this Order on the settlement website as soon as is practicable.

9. Except as modified herein, the June 9 Orders remain in effect.

ENTERED this __19__ day of September, 2022.

Hon. Alvin K. Hellerstein
United States District Judge