UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
FRONTPOINT ASIAN EVENT DRIVEN FUND,  :
LTD, et al.,                         :
                                     :       ORDER
              Plaintiffs,            :
                                     :     16 Civ. 5263 (AKH)
     v.                              :
                                     :
CITIBANK, N.A., et al.,              :
                                     :
              Defendants             :
                                     :
-------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Pursuant to my Orders granting preliminary approval of class action settlements (ECF Nos. 510-515) and my Orders of final judgment and dismissal (ECF Nos. 554-566, 570), the Clerk of Court shall terminate the open motions at ECF Nos. 445 and 471.

       SO ORDERED.

Dated:    March 7, 2023                _____/s/ Alvin K. Hellerstein_____
            New York, New York           ALVIN K. HELLERSTEIN
                                                   United States District Judge